IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D. C., *et al.*, | : | |
|    Plaintiffs, | : | |
| | : | |
|    v. | : | Civil No. 5:21-cv-05070-JMG |
| | : | |
| LIBERTY RIDGE FARM, *et al.*, | : | |
|    Defendants. | : | |

**NOTICE**
No responsive pleading on docket

TO: Counsel

  A review of the Court's records indicates that a responsive pleading has not been filed in this action. The complaint was served on December 10, 2021. The date for a response to the complaint was February 8, 2022.

  You may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the request for default is not filed by March 11, 2022, the Court may enter an order dismissing the above-captioned case for lack of prosecution.

                 KATE BARKMAN, Clerk of Court

                 By: */s/ Brian R. Dixon*
                    Brian R. Dixon, Civil Deputy Clerk
                    For Judge John M. Gallagher

Date of Notice: February 10, 2022