# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C., *et al.*, <br>　　　　Plaintiffs, <br><br> v. <br><br> LIBERTY RIDGE FARM, *et al.*, <br>　　　　Defendants. | Civil No. 5:21-cv-05070-JMG |

## ORDER

**AND NOW**, this 15th day of February, 2022, with stipulation from the parties, and pursuant to the Court's discretion to grant an extension under Fed. R. Civ. P. 6(b), it is hereby

**ORDERED** that Defendants **SHALL** respond to the Complaint (ECF No. 1) by **Tuesday, February 22, 2022**.[1]

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] If the Defendants intend to request an additional extension, they must file a formal motion showing good cause.