### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.C. and J.D.M | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 5:21-cv-05070-JMG |
| | : | |
| MARTIN NELSON d/b/a LIBERTY RIDGE FARM, LIBERTY RIDGE FARM, EASTERN PENNSYLVANIA MENNONITE CHURCH AND RELATED AREAS, and MENNONITE MESSIANIC MISSION OF THE EASTERN PENNSYLVANIA MENNONITE CHURCH. | : : | |
| Defendant | | |

### NOTICE OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter the appearance of MEGHAN SANDORA ESQUIRE, of the law firm MARGOLIS EDELSTEIN on behalf of all Defendants in the above-captioned case.

        Respectfully submitted,

        MARGOLIS EDELSTEIN

Date:   February 21, 2022

        */s/ Meghan Sandora*
        Meghan Sandora, ESQUIRE
        Pa I.D. No. 324242
        The Curtis Center
        170 S. Independence Mall W, Suite 400E
        Philadelphia, PA 19106
        P: 215-931-5828
        msandora@margolisedelstein.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been served upon counsel for Plaintiff through the Court's ECF system, this 21st day of February 2022.

                                 MARGOLIS EDELSTEIN

                                 */s/ Meghan Sandora*
                                 Meghan Sandora, ESQUIRE
                                 Pa I.D. No. 324242
                                 The Curtis Center
                                 170 S. Independence Mall W, Suite 400E
                                 Philadelphia, PA 19106
                                 P: 215-931-5828
                                 msandora@margolisedelstein.com