## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C. and J.D.M., : | |
| *Plaintiffs*, : | |
| : | CIVIL ACTION |
| v. : | NO. 5:21-CV-05070-JMG |
| : | |
| MARTIN NELSON d/b/a LIBERTY : | JURY TRIAL DEMANDED |
| RIDGE FARM, LIBERTY RIDGE : | |
| FARM, EASTERN PENNSYLVANIA : | |
| MENNONITE CHURCH AND RELATED : | |
| AREAS, and MENNONITE MESSIANIC : | |
| MISSION OF THE EASTERN : | |
| PENNSYLVANIA MENNONITE : | |
| CHURCH, : | |
| : | |
| *Defendants*. : | |

## **ORDER**

AND NOW, this _____ day of _____, 2022, upon the Parties' JOINT MOTION TO PERMIT PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND EXTEND DEFENDANTS' TIME TO ANSWER, and good cause appearing, this Court hereby grants the motion as follows:

1. Plaintiffs shall, within seven (7) days of this Order, be permitted to file an Amended Complaint, without prejudice or effect to all rights and privileges Defendants have to raise defenses, objections, and challenges, in response thereto.

2. Upon filing of the Amended Complaint, the caption shall be amended to reflect the addition of additional Plaintiffs R.M. and T.R., a minor, by J.R., Guardian.

3. Upon filing of the Amended Complaint, the caption shall be amended to reflect the removal of Plaintiff J.D.M.

4. Defendants shall have thirty (30) days from the date Plaintiffs file the Amended Complaint to respond thereto.

IT IS SO ORDERED.

_____
John M. Gallagher, United States District Judge