IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| D.C., *et al.*, | : | Civil No. 5:21-cv-05070-JMG |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| LIBERTY RIDGE FARM, *et al.*, | : |  |
| Defendants. | : |  |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

AND NOW, come the Plaintiffs, D.C. and R.M., by counsel, who file the within Response in Opposition to Defendants' Motions for Summary Judgement, and state as follows:

1. Plaintiff's response is contained fully within the Brief in Opposition to Defendants' Motion for Summary Judgment, filed consecutively herewith.

                        **Respectfully submitted,**

Dated: February 17, 2023        */s/ Renee E. Franchi, Esq.*
                                     Renee E. Franchi, Esq. (PA #313950)
                                     renee@vca.law
                                     Nathaniel L. Foote, Esq. (PA #318998)
                                     nate@vca.law
                                     Andreozzi + Foote
                                     4503 North Front Street
                                     Harrisburg, PA 17110
                                     Ph: 717.525.9124 | Fax: 717.525.9143
                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all Counsel of record through the Court's ECF system on this date.

Dated: February 17, 2023                    */s/ Renee E. Franchi, Esq.*
                                                                              Renee E. Franchi, Esq. (PA #313950)
                                                                              renee@vca.law
                                                                              Nathaniel L. Foote, Esq. (PA #318998)
                                                                              nate@vca.law
                                                                              Andreozzi + Foote
                                                                              4503 North Front Street
                                                                              Harrisburg, PA 17110
                                                                              Ph: 717.525.9124 | Fax: 717.525.9143
                                                                              *Attorneys for Plaintiffs*