# EXHIBIT H

**Meeting Minute (LFR 93)**

From Minutes 5-4-11

| | |
|---|---|
| **8. BAHAMAS** | Dana Ressler reported.<br>A. Personnel<br>　1. For ministry for September and October - Donald Newswanger, Boyd Campbell, Peter Kraybill, Joel Garman, David L. Hurst    **Aproved**<br>　2. For three-month terms as house parents - Melvin Sensenigs (Mt. View) Lamar Nolts, Raymond Seigrists, Glenn G. Burkholders, Fred Millers, Joseph Hostetters, Harry Gehmans, Mahlon Martins, Mahlon Herrs, Isaac Horsts, Joseph Keeners, Bill Cooleys, Harold Kurtzs, Melvin Kurtzs, Timothy Newswangers.    **Approved**<br>　3. VS boy - Kelvin Zehr    **Approved** |
| **9. TRUST FUND** | Donald Nolt reported.<br>　1. Recommending a $20,000 loan to Deer Park Church    **Approved**<br>　2. Recommending a $20,000 gift to Deer Park Church    **Approved**<br>　3. The Trust Fund is considering turning over the Rest Home property to the MMM Bd. |
| **10. RELIEF COMMITTEE** | Phares Fisher raised the question whether the committee should be checking where we should help in the recent tornado damage. This needs more thought and information. |

**11. JOINT MEETING WITH THE BIBLE SCHOOL BOARD AT 11:20.**

| | |
|---|---|
| **12. PUBLICATION BOARD** | Galen Weaver shared the 11P4 minutes, commenting on #9 and the proposed building project. He also introduced #10 regarding MZL literature. Eby Burkholder and Harold Kurtz were present to further explain the Publication Board's question. MZL has in place a very efficient marketing and distribution system. To market through them raises two questions, 1) Are we comfortable to market our products through MZL when they underwrite a significant portion of the expense? 2) Are we comfortable with our workers having this level of exchange with MZL personnel? Currently our workers on the fields have the understanding that they are not to be writing reports for MZL or being pictured in their publications, but to keep the relationship on a business level. It was discussed that we could attempt to supply our materials to our fields at prices comparable to MZL pricing. We agreed to give more time to think through this matter. |
| **13. BOYS HOME** | Jacob Brubaker reported.<br>A. The committee is working to arrange for houseparents. Additional names submitted for approval were: Mervin Weavers, Joseph Keeners, Earl Horsts.    **Approved**<br>B. Names for approval for mentors - Lyndon Ray Horst (Hegins Valley), Keith Martin (White Oak)    **Approved**<br>C. The farm needs a skid loader. We discussed this need and concluded that this type of expense should be covered by the farm project.<br>D. The committee requested approval for $3000 to purchase a lawn mower.    **Approved**<br>E. The committee presented a proposal from Snyder Gates, LLC that would allow them to set up the shop to manufacture fiberglas farm gates, incorporating the labor of the Liberty Farm residents. Snyder Gates would provide training and management for a one-year period. At that point a decision would need to be made whether the farm would purchase the manufacturing machinery or discontinue the contract. Snyder Gates would continue to handle the inventory and sales. A motion carried to allow them this use and enter a one-year agreement. |
| **14. INFORMATIVE MEETING PROGRAM** | This was planned for June 23, 2011 at Valley View.<br>　"Write the Vision" ................ David G. Weaver (Backup - Lester Weaver) ~~Larry Martin~~<br>　Moderator ............................... Lynn Martin<br>　Devotions ............................... Nathan Sweigart<br>　Song Leader ........................... Marcus Weaver |

Next meeting - June 1, 2011 at White Oak, Devotions - A. Wayne Rudolph

Submitted by Glenn M. Sensenig and Stanley Wine, Secretarys

LRF0093