# EXHIBIT J

## 2012 General Ledger

10/18/2022  
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| **Accounts Receivable** | | | | | |
| 2/2/2012 | 000019 | AR Receipt | Bill Cross | | 1,700.00 |
| | | | Accounts Receivable Totals | | $1,700.00 |
| **Administrative Expense** | | | | | |
| 2/2/2012 | 1135 | Expense | Ethan Weaver | 2,000.00 | |
| 3/6/2012 | 1155 | Expense | Ethan Weaver | 1,880.00 | |
| 4/9/2012 | 1181 | Expense | Ethan Weaver | 2,000.00 | |
| 5/8/2012 | 1196 | Expense | Ethan Weaver | 2,000.00 | |
| 6/8/2012 | 1209 | Expense | Ethan Weaver | 1,940.00 | |
| 7/24/2012 | 1234 | Expense | Ethan Weaver | 2,000.00 | |
| 8/9/2012 | 1254 | Expense | Ethan Weaver | 2,000.00 | |
| 9/12/2012 | 1277 | Expense | Ethan Weaver | 2,000.00 | |
| 10/15/2012 | 1288 | Expense | Ethan Weaver | 2,000.00 | |
| 11/13/2012 | 1305 | Expense | Ethan Weaver | 2,000.00 | |
| 12/10/2012 | 1325 | Expense | Ethan Weaver | 2,000.00 | |
| | | | Administrative Expense Totals | $21,820.00 | |
| **Checking** | | | | | |
| 1/3/2012 | 1118 | Expense | J.P. Russell & Sons Inc. | | 500.45 |
| 1/5/2012 | 1119 | Expense | Myron Gehman | | 34.00 |
| 1/5/2012 | 1121 | Expense | Kauffman Fire Equipment | | 209.56 |
| 1/5/2012 | 1122 | Expense | PPL Electric Utilities | | 477.29 |
| 1/5/2012 | 1123 | Expense | Eblings ServicePlus | | 10.59 |
| 1/5/2012 | 1124 | Expense | Dutch Country Hardware Inc. | | 119.18 |
| 1/5/2012 | 1125 | Expense | W.E. Schlegel Inc. | | 94.10 |
| 1/5/2012 | 1126 | Expense | Brown's Service Center | | 50.00 |
| 1/14/2012 | 1127 | Expense | Zimmerman Pipe | | 101.36 |
| 1/24/2012 | 000017 | Cash Receipt | Clark's Feed Mills Inc. | 8,234.72 | |
| 1/24/2012 | 000018 | Cash Receipt | Snyder Gates llc | 440.70 | |
| 1/24/2012 | 1128 | Expense | Farmer Boy Ag | | 235.92 |
| 1/24/2012 | 1129 | Expense | Shank Door | | 393.36 |
| 1/24/2012 | 1130 | Expense | Ethan Weaver | | 195.80 |
| 1/24/2012 | 1131 | Expense | Joseph E Sensenig | | 1,646.94 |
| 1/26/2012 | 000020 | Cash Receipt | Ruth Shertzler | 500.00 | |
| 2/2/2012 | 000019 | AR Receipt | Bill Cross | 1,700.00 | |
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | 3,584.84 | |
| 2/2/2012 | 1132 | Expense | Martin Appliance | | 84.69 |
| 2/2/2012 | 1134 | Expense | AR-Les Town View Farm | | 570.00 |
| 2/2/2012 | 1135 | Expense | Ethan Weaver | | 2,000.00 |
| 2/2/2012 | 1136 | Expense | Chris Ebersole | | 390.00 |
| 2/2/2012 | 1137 | Expense | Capital One Bank | | 1,260.19 |
| 2/2/2012 | 1138 | Expense | Centurylink | | 90.00 |
| 2/3/2012 | 1133 | Expense | Swarey's Saw Shop | | 39.83 |
| 2/10/2012 | 1139 | Expense | Weaver Insulators | | 1,150.00 |
| 2/10/2012 | 1140 | Expense | Paul B LLC | | 167.69 |
| 2/10/2012 | 1141 | Expense | W.E. Schlegel Inc. | | 150.66 |
| 2/16/2012 | 1142 | Expense | PPL Electric Utilities | | 397.71 |
| 2/16/2012 | 1143 | Expense | Martin accounting service | | 35.07 |
| 2/16/2012 | 1144 | Expense | Farmer Boy Ag | | 9.96 |
| 2/16/2012 | 1145 | Expense | Raymond E Martin | | 180.00 |
| 2/16/2012 | 1146 | Expense | Harold R Kurtz | | 60.00 |
| 2/16/2012 | 1147 | Expense | Myron Gehman | | 28.00 |

10/18/2022  
6:44 AM

Liberty Ridge Farm  
General Ledger Account Activity  
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 2/18/2012 | 1148 | Expense | Eblings ServicePlus | | 6.99 |
| 2/23/2012 | 1149 | Expense | Kleinfelter Auction | | 374.29 |
| 3/6/2012 | 1155 | Expense | Ethan Weaver | | 1,894.18 |
| 3/6/2012 | 1156 | Expense | Kenton R Kreider | | 60.00 |
| 3/6/2012 | 1157 | Expense | Gerald Nolt | | 60.00 |
| 3/6/2012 | 1158 | Expense | Chris Ebersole | | 150.00 |
| 3/6/2012 | 1159 | Expense | David Peachy | | 120.00 |
| 3/6/2012 | 1160 | Expense | Fred Stoltzfus | | 120.00 |
| 3/7/2012 | 1150 | Expense | Capital One Bank | | 862.81 |
| 3/7/2012 | 1151 | Expense | W.E. Schlegel Inc. | | 78.36 |
| 3/7/2012 | 1152 | Expense | Paul B LLC | | 287.04 |
| 3/7/2012 | 1153 | Expense | PPL Electric Utilities | | 489.99 |
| 3/7/2012 | 1154 | Expense | Myron Gehman | | 30.00 |
| 3/16/2012 | 1161 | Expense | G & G Feed Supply Inc | | 127.37 |
| 3/16/2012 | 1162 | Expense | Snyder Gates llc | | 1,417.50 |
| 3/22/2012 | 1163 | Expense | Keystone Fencing | | 778.40 |
| 3/22/2012 | 1164 | Expense | Martin Landscape Supply | | 162.00 |
| 3/22/2012 | 1165 | Expense | Eblings ServicePlus | | 625.00 |
| 3/23/2012 | 000021 | Cash Receipt | Clark's Feed Mills Inc. | 6,024.14 | |
| 3/23/2012 | 000022 | Cash Receipt | Snyder Gates llc | 764.00 | |
| 4/2/2012 | 1166 | Expense | AR-Les Town View Farm | | 570.00 |
| 4/2/2012 | 1167 | Expense | Jay Fulkroad and Sons, Inc. | | 478.68 |
| 4/9/2012 | 1168 | Expense | Centurylink | | 195.59 |
| 4/9/2012 | 1169 | Expense | Paul B LLC | | 93.42 |
| 4/9/2012 | 1170 | Expense | Dutch Country Hardware Inc. | | 55.18 |
| 4/9/2012 | 1171 | Expense | Eblings ServicePlus | | 497.16 |
| 4/9/2012 | 1172 | Expense | W.E. Schlegel Inc. | | 288.97 |
| 4/9/2012 | 1173 | Expense | PPL Electric Utilities | | 240.69 |
| 4/9/2012 | 1174 | Expense | Capital One Bank | | 830.24 |
| 4/9/2012 | 1175 | Expense | Myron Gehman | | 24.00 |
| 4/9/2012 | 1176 | Expense | Moses Burkholder | | 120.00 |
| 4/9/2012 | 1177 | Expense | Fred E Miller | | 120.00 |
| 4/9/2012 | 1178 | Expense | Chris Ebersole | | |
| 4/9/2012 | 1179 | Expense | Chris Ebersole | | 150.00 |
| 4/9/2012 | 1180 | Expense | Snyder Gates llc | | 325.50 |
| 4/9/2012 | 1181 | Expense | Ethan Weaver | | 2,000.00 |
| 4/9/2012 | 1182 | Expense | Ethan Weaver | | 243.67 |
| 4/30/2012 | 1183 | Expense | Penn Dot | | 25.00 |
| 4/30/2012 | 1184 | Expense | Snyder Gates llc | | 9.75 |
| 5/7/2012 | 000023 | Cash Receipt | Bill Cross | 3,400.00 | |
| 5/7/2012 | 000024 | Cash Receipt | Snyder Gates llc | 2,337.00 | |
| 5/7/2012 | 000025 | Cash Receipt | LRF Gate Sales | 290.00 | |
| 5/7/2012 | 1185 | Expense | Kleinfelter Auction | | 247.78 |
| 5/7/2012 | 1186 | Expense | Eblings ServicePlus | | 48.27 |
| 5/7/2012 | 1187 | Expense | Martin accounting service | | 46.00 |
| 5/7/2012 | 1188 | Expense | W.E. Schlegel Inc. | | 133.32 |
| 5/7/2012 | 1189 | Expense | Capital One Bank | | 1,746.76 |
| 5/7/2012 | 1190 | Expense | PPL Electric Utilities | | 518.53 |
| 5/7/2012 | 1191 | Expense | Dutch Country Hardware Inc. | | 82.44 |
| 5/7/2012 | 1192 | Expense | Centurylink | | 85.89 |
| 5/7/2012 | 1193 | Expense | Myron Gehman | | 18.00 |
| 5/7/2012 | 1194 | Expense | Harold R Kurtz | | 120.00 |

10/18/2022  
6:44 AM

Liberty Ridge Farm  
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 5/7/2012 | 1195 | Expense | Chris Ebersole | | 150.00 |
| 5/8/2012 | 1196 | Expense | Ethan Weaver | | 2,000.00 |
| 5/8/2012 | 1197 | Expense | Ethan Weaver | | 445.33 |
| 6/1/2012 | 000026 | Cash Receipt | Snyder Gates llc | 1,585.00 | |
| 6/1/2012 | 000027 | Cash Receipt | Clark's Feed Mills Inc. | 9,598.94 | |
| 6/1/2012 | 000028 | Cash Receipt | LRF Gate Sales | 117.75 | |
| 6/2/2012 | 1198 | Expense | Capital One Bank | | 715.03 |
| 6/8/2012 | 1199 | Expense | Timothy Graybill | | 108.00 |
| 6/8/2012 | 1200 | Expense | Perry Pest Control | | 169.60 |
| 6/8/2012 | 1201 | Expense | Martin Plumbing and Heating | | 14.17 |
| 6/8/2012 | 1202 | Expense | AR-Les Town View Farm | | 380.00 |
| 6/8/2012 | 1203 | Expense | Halligans Greenhouse | | 37.62 |
| 6/8/2012 | 1204 | Expense | Brown's Service Center | | 17.66 |
| 6/8/2012 | 1205 | Expense | Myron Gehman | | 30.00 |
| 6/8/2012 | 1206 | Expense | Moses Burkholder | | 120.00 |
| 6/8/2012 | 1207 | Expense | Fred E Miller | | 120.00 |
| 6/8/2012 | 1208 | Expense | Marvin R Groff | | 180.00 |
| 6/8/2012 | 1209 | Expense | Ethan Weaver | | 1,940.00 |
| 6/8/2012 | 1210 | Expense | Ethan Weaver | | 174.52 |
| 6/8/2012 | 1211 | Expense | Austin Martin | | 187.50 |
| 6/8/2012 | 1212 | Expense | Ethan Weaver | | 47.50 |
| 6/18/2012 | 1213 | Expense | Ag Land Crop Protection | | 2,800.98 |
| 6/18/2012 | 1214 | Expense | PPL Electric Utilities | | 244.57 |
| 6/18/2012 | 1215 | Expense | Dutch Country Hardware Inc. | | 26.99 |
| 6/18/2012 | 1216 | Expense | W.E. Schlegel Inc. | | 159.46 |
| 6/18/2012 | 1217 | Expense | Eblings ServicePlus | | 117.31 |
| 6/18/2012 | 1218 | Expense | Voided checks | | |
| 6/18/2012 | 1219 | Expense | Voided checks | | |
| 6/21/2012 | 1220 | Expense | Snyder Gates llc | | 1,899.97 |
| 6/25/2012 | 1221 | Expense | Jay Fulkroad and Sons, Inc. | | 166.18 |
| 6/25/2012 | 1222 | Expense | Centurylink | | 85.89 |
| 7/6/2012 | 1223 | Expense | PPL Electric Utilities | | 501.91 |
| 7/6/2012 | 1224 | Expense | Farmer Boy Ag | | 318.08 |
| 7/6/2012 | 1225 | Expense | Dutch Country Hardware Inc. | | 2,198.28 |
| 7/6/2012 | 1226 | Expense | W.E. Schlegel Inc. | | 465.65 |
| 7/6/2012 | 1227 | Expense | Paul B LLC | | 509.05 |
| 7/6/2012 | 1228 | Expense | Pine Tree Services | | 1,674.29 |
| 7/6/2012 | 1229 | Expense | Centurylink | | 85.72 |
| 7/6/2012 | 1230 | Expense | Brubakers Restaurant Equipment | | 600.00 |
| 7/24/2012 | 000029 | Cash Receipt | Honey Brook Church | 4,101.12 | |
| 7/24/2012 | 000030 | Cash Receipt | Nel-Ray Farms | 1,885.00 | |
| 7/24/2012 | 000031 | Cash Receipt | CCD Scrap Yard | 78.59 | |
| 7/24/2012 | 000032 | Cash Receipt | Snyder Gates llc | 312.00 | |
| 7/24/2012 | 000033 | Cash Receipt | Clark's Feed Mills Inc. | 3,854.92 | |
| 7/24/2012 | 1231 | Expense | Martin Appliance | | 489.96 |
| 7/24/2012 | 1232 | Expense | Capital One Bank | | 2,073.26 |
| 7/24/2012 | 1233 | Expense | Ethan Weaver | | 365.74 |
| 7/24/2012 | 1234 | Expense | Ethan Weaver | | 2,000.00 |
| 7/24/2012 | 1235 | Expense | Myron Gehman | | 34.00 |
| 7/24/2012 | 1236 | Expense | Austin Martin | | 150.00 |
| 7/24/2012 | 1237 | Expense | Harold R Kurtz | | 120.00 |
| 7/24/2012 | 1238 | Expense | Leonard Sensenig | | 120.00 |

10/18/2022  
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---:|---:|
| 7/24/2012 | 1239 | Expense | Lyndon Graham | | 187.50 |
| 7/27/2012 | 000034 | Cash Receipt | Bill Cross | 3,400.00 | |
| 7/31/2012 | 000035 | Cash Receipt | LRF Gate Sales | 750.00 | |
| 7/31/2012 | 000036 | Cash Receipt | Triple M Farms | 7,868.57 | |
| 8/8/2012 | 000037 | Cash Receipt | James Sensenig | 1,700.00 | |
| 8/8/2012 | 000038 | Cash Receipt | Waterloo Church | 2,158.50 | |
| 8/9/2012 | 1240 | Expense | Eastern Mennonite Publications | | 40.95 |
| 8/9/2012 | 1241 | Expense | Seven Stars Dairy | | 1,827.61 |
| 8/9/2012 | 1242 | Expense | PPL Electric Utilities | | 376.52 |
| 8/9/2012 | 1243 | Expense | Evendale Supply | | 56.75 |
| 8/9/2012 | 1244 | Expense | Burkholder Electric | | 309.12 |
| 8/9/2012 | 1245 | Expense | Nightingale Auto Electric | | 135.00 |
| 8/9/2012 | 1246 | Expense | Paul B LLC | | 315.14 |
| 8/9/2012 | 1247 | Expense | Farmer Boy Ag | | 94.82 |
| 8/9/2012 | 1248 | Expense | Dutch Country Hardware Inc. | | 27.34 |
| 8/9/2012 | 1249 | Expense | Eblings ServicePlus | | 259.03 |
| 8/9/2012 | 1250 | Expense | W.E. Schlegel Inc. | | 373.88 |
| 8/9/2012 | 1251 | Expense | Capital One Bank | | 901.00 |
| 8/9/2012 | 1252 | Expense | Myron Gehman | | 30.00 |
| 8/9/2012 | 1253 | Expense | Ethan Weaver | | 49.06 |
| 8/9/2012 | 1254 | Expense | Ethan Weaver | | 2,000.00 |
| 8/9/2012 | 1255 | Expense | Austin Martin | | 150.00 |
| 8/9/2012 | 1256 | Expense | Lyndon Graham | | 150.00 |
| 8/9/2012 | 1257 | Expense | Arthur H Shirk | | 120.00 |
| 8/9/2012 | 1258 | Expense | Roy W Kreider | | 120.00 |
| 8/9/2012 | 1259 | Expense | Mennonite Messianic Mission | | 6,259.62 |
| 8/31/2012 | 1260 | Expense | Rickenbaugh Building Supply | | 205.39 |
| 8/31/2012 | 1261 | Expense | Capital One Bank | | 1,587.73 |
| 9/4/2012 | 000039 | Cash Receipt | Mark Hurst | 3,500.00 | |
| 9/4/2012 | 000040 | Cash Receipt | Bill Cross | 1,700.00 | |
| 9/4/2012 | 000041 | Cash Receipt | Allen Miller | 1,000.00 | |
| 9/12/2012 | 1262 | Expense | Juniata County Treasure | | 125.00 |
| 9/12/2012 | 1263 | Expense | Centurylink | | 186.69 |
| 9/12/2012 | 1264 | Expense | Voided checks | | |
| 9/12/2012 | 1265 | Expense | Jay Fulkroad and Sons, Inc. | | 195.60 |
| 9/12/2012 | 1266 | Expense | Dutch Country Hardware Inc. | | 54.70 |
| 9/12/2012 | 1267 | Expense | Farmer Boy Ag | | 468.42 |
| 9/12/2012 | 1268 | Expense | PPL Electric Utilities | | 545.15 |
| 9/12/2012 | 1269 | Expense | AR-Les Town View Farm | | 380.00 |
| 9/12/2012 | 1270 | Expense | Sunrise Orchard | | 36.00 |
| 9/12/2012 | 1271 | Expense | Moses Burkholder | | 120.00 |
| 9/12/2012 | 1272 | Expense | Voided checks | | |
| 9/12/2012 | 1273 | Expense | Myron Gehman | | 36.00 |
| 9/12/2012 | 1274 | Expense | W.E. Schlegel Inc. | | 242.96 |
| 9/12/2012 | 1275 | Expense | Lyndon Graham | | 150.00 |
| 9/12/2012 | 1276 | Expense | Austin Martin | | 150.00 |
| 9/12/2012 | 1277 | Expense | Ethan Weaver | | 2,000.00 |
| 9/12/2012 | 1278 | Expense | Ethan Weaver | | 224.31 |
| 9/12/2012 | 1279 | Expense | Lamar Hursh | | 57.00 |
| 9/18/2012 | 000042 | Cash Receipt | Clark's Feed Mills Inc. | 7,354.53 | |
| 9/18/2012 | 000043 | Cash Receipt | Mark Sensenig | 1,700.00 | |
| 9/18/2012 | 000044 | Cash Receipt | Nathan Shertzler | 450.00 | |

10/18/2022  
6:44 AM

Liberty Ridge Farm

## General Ledger Account Activity

1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 9/24/2012 | 000045 | Cash Receipt | Allen Miller | 1,000.00 | |
| 9/24/2012 | 000046 | Cash Receipt | Nel-Ray Farms | 4,036.90 | |
| 9/24/2012 | 1280 | Expense | Rachel Fowler | | 27.75 |
| 9/24/2012 | 1281 | Expense | Capital One Bank | | 2,522.85 |
| 9/30/2012 | 000047 | Cash Receipt | Snyder Gates llc | 762.00 | |
| 9/30/2012 | 000048 | Cash Receipt | Snyder Gates llc | 200.00 | |
| 9/30/2012 | 000049 | Cash Receipt | Mark Hurst | 1,423.10 | |
| 9/30/2012 | 000050 | Cash Receipt | Little Falls School | 261.01 | |
| 10/11/2012 | 1283 | Expense | Shade Mountain Forest Products L | | 371.45 |
| 10/12/2012 | 1284 | Expense | Leonard Sensenig | | 235.00 |
| 10/15/2012 | 000051 | Cash Receipt | James Sensenig | 700.00 | |
| 10/15/2012 | 000052 | Cash Receipt | Allen Miller | 1,000.00 | |
| 10/15/2012 | 000053 | Cash Receipt | Clearview Mennonite Church | 1,700.00 | |
| 10/15/2012 | 000054 | Cash Receipt | Mechanicsville Mennonite Church | 2,494.05 | |
| 10/15/2012 | 1285 | Expense | Austin Martin | | 168.75 |
| 10/15/2012 | 1286 | Expense | Lyndon Graham | | 150.00 |
| 10/15/2012 | 1287 | Expense | Austin Martin | | 14.39 |
| 10/15/2012 | 1288 | Expense | Ethan Weaver | | 2,000.00 |
| 10/15/2012 | 1289 | Expense | Jay Fulkroad and Sons, Inc. | | 363.44 |
| 10/15/2012 | 1290 | Expense | PPL Electric Utilities | | 253.97 |
| 10/15/2012 | 1291 | Expense | Centurylink | | 87.04 |
| 10/15/2012 | 1292 | Expense | W.E. Schlegel Inc. | | 356.76 |
| 10/15/2012 | 1293 | Expense | Dutch Country Hardware Inc. | | 213.38 |
| 10/15/2012 | 1294 | Expense | Paul B LLC | | 368.46 |
| 10/15/2012 | 1295 | Expense | Ethan Weaver | | 6,900.00 |
| 10/15/2012 | 1296 | Expense | Gerald Nolt | | 2,000.00 |
| 10/15/2012 | 1297 | Expense | Mennonite Messianic Mission | | 2,755.06 |
| 10/24/2012 | 1282 | Expense | Swarey's Saw Shop | | 77.90 |
| 10/31/2012 | 1298 | Expense | Capital One Bank | | 1,000.02 |
| 10/31/2012 | 1299 | Expense | Ethan Weaver | | 246.74 |
| 10/31/2012 | 1300 | Expense | Myron Gehman | | 36.00 |
| 10/31/2012 | 1301 | Expense | Lyndon Graham | | 52.92 |
| 10/31/2012 | 1302 | Expense | Evendale Supply | | 18.09 |
| 10/31/2012 | 1303 | Expense | Marlin Z Musser | | 120.00 |
| 10/31/2012 | 1304 | Expense | Paul M Freed | | 120.00 |
| 11/13/2012 | 000055 | Cash Receipt | New England Valley Church | 979.92 | |
| 11/13/2012 | 000056 | Cash Receipt | Centerville Menonite Church | 5,499.85 | |
| 11/13/2012 | 000057 | Cash Receipt | Mark Hurst | 1,000.00 | |
| 11/13/2012 | 000058 | Cash Receipt | Bill Cross | 1,700.00 | |
| 11/13/2012 | 000059 | Cash Receipt | Sensenig Chair Shop | 360.00 | |
| 11/13/2012 | 000060 | Cash Receipt | Sensenig Chair Shop | 60.00 | |
| 11/13/2012 | 1305 | Expense | Ethan Weaver | | 2,000.00 |
| 11/13/2012 | 1306 | Expense | Ethan Weaver | | 127.36 |
| 11/13/2012 | 1307 | Expense | Austin Martin | | 150.00 |
| 11/13/2012 | 1308 | Expense | Lyndon Graham | | 150.00 |
| 11/13/2012 | 1309 | Expense | Myron Gehman | | 30.00 |
| 11/13/2012 | 1310 | Expense | Glen G Burkholder | | 270.00 |
| 11/13/2012 | 1311 | Expense | Moses Burkholder | | 90.00 |
| 11/13/2012 | 1312 | Expense | Paul M Freed | | 120.00 |
| 11/13/2012 | 1313 | Expense | Mennonite Messianic Mission | | 6,479.77 |
| 11/13/2012 | 1314 | Expense | Paul B LLC | | 96.95 |
| 11/13/2012 | 1315 | Expense | PPL Electric Utilities | | 408.16 |

10/18/2022  
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 11/13/2012 | 1316 | Expense | W.E. Schlegel Inc. | | 425.11 |
| 11/13/2012 | 1317 | Expense | Winding Hill Express | | 800.00 |
| 11/13/2012 | 1318 | Expense | Centurylink | | 87.04 |
| 11/13/2012 | 1319 | Expense | Farmer Boy Ag | | 19.96 |
| 11/23/2012 | 000061 | Cash Receipt | Nel-Ray Farms | 140.00 | |
| 11/23/2012 | 000062 | Cash Receipt | Nathan Shertzler | 250.00 | |
| 11/23/2012 | 000063 | Cash Receipt | Allen Miller | 1,000.00 | |
| 11/23/2012 | 000064 | Cash Receipt | Snyder Gates llc | 1,513.00 | |
| 11/23/2012 | 000065 | Cash Receipt | Mark Hurst | 1,030.00 | |
| 11/23/2012 | 000066 | Cash Receipt | Clark's Feed Mills Inc. | 5,564.51 | |
| 11/23/2012 | 1320 | Expense | Snyder Gates llc | | 460.85 |
| 11/23/2012 | 1321 | Expense | Martins Forestry Products | | 972.00 |
| 11/27/2012 | 1322 | Expense | Lyndon Graham | | 50.00 |
| 11/27/2012 | 1323 | Expense | Swarey's Saw Shop | | 109.39 |
| 11/27/2012 | 1324 | Expense | Capital One Bank | | 1,337.71 |
| 12/10/2012 | 1325 | Expense | Ethan Weaver | | 2,000.00 |
| 12/10/2012 | 1326 | Expense | Lyndon Graham | | 150.00 |
| 12/10/2012 | 1327 | Expense | Austin Martin | | 150.00 |
| 12/14/2012 | 000067 | Cash Receipt | Sensenig Chair Shop | 240.00 | |
| 12/14/2012 | 000068 | Cash Receipt | Sensenig Chair Shop | 120.00 | |
| 12/14/2012 | 000069 | Cash Receipt | Sensenig Chair Shop | 240.00 | |
| 12/14/2012 | 000070 | Cash Receipt | Nel-Ray Farms | 65.00 | |
| 12/14/2012 | 000071 | Cash Receipt | Winding Hill Express | 555.00 | |
| 12/14/2012 | 000072 | Cash Receipt | Sensenig Chair Shop | 60.00 | |
| 12/14/2012 | 000073 | Cash Receipt | Merle Yoder | 675.00 | |
| 12/14/2012 | 000074 | Cash Receipt | James Sensenig | 25.00 | |
| 12/14/2012 | 000075 | Cash Receipt | Capital One Bank | 239.49 | |
| 12/14/2012 | 000076 | Cash Receipt | Leon W Hurst | 1,000.00 | |
| 12/14/2012 | 000077 | Cash Receipt | Sensenig Chair Shop | 120.00 | |
| 12/14/2012 | 000078 | Cash Receipt | Allen Miller | 1,000.00 | |
| 12/14/2012 | 000079 | Cash Receipt | Allen Miller | 125.00 | |
| 12/14/2012 | 1329 | Expense | Farmer Boy Ag | | 124.25 |
| 12/14/2012 | 1330 | Expense | Myron Gehman | | 46.00 |
| 12/14/2012 | 1331 | Expense | Raymond E Martin | | 120.00 |
| 12/14/2012 | 1332 | Expense | Marlin Z Musser | | 120.00 |
| 12/14/2012 | 1333 | Expense | Ethan Weaver | | 339.37 |
| 12/14/2012 | 1334 | Expense | PPL Electric Utilities | | 336.82 |
| 12/14/2012 | 1335 | Expense | W.E. Schlegel Inc. | | 267.15 |
| 12/14/2012 | 1336 | Expense | Dutch Country Hardware Inc. | | 23.99 |
| 12/14/2012 | 1337 | Expense | Centurylink | | 87.04 |
| 12/19/2012 | 1328 | Expense | Swarey's Saw Shop | | 124.55 |
| 12/24/2012 | deposit slips | Expense | | | 46.34 |
| 12/31/2012 | 000080 | Cash Receipt | Sensenig Chair Shop | 300.00 | |
| 12/31/2012 | 000081 | Cash Receipt | Oak Ridge Farm & Garden | 360.00 | |
| 12/31/2012 | 000082 | Cash Receipt | Snyder Gates llc | 411.00 | |
| 12/31/2012 | 000083 | Cash Receipt | James Sensenig | 1,187.36 | |
| 12/31/2012 | 1338 | Expense | Weaver's Repair & Machine Shop | | 8.69 |
| | | | Checking Totals | $119,787.51 | $110,822.10 |

chicken house

| | | | | | |
|---|---|---|---|---|---|
| 1/24/2012 | 1128 | Expense | Farmer Boy Ag | 235.92 | |
| 2/2/2012 | 1134 | Expense | AR-Les Town View Farm | 570.00 | |
| 2/2/2012 | 1136 | Expense | Chris Ebersole | 240.00 | |

10/18/2022  
6:44 AM

Liberty Ridge Farm
# General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 2/16/2012 | 1144 | Expense | Farmer Boy Ag | 9.96 | |
| 2/23/2012 | 1149 | Expense | Kleinfelter Auction | 190.00 | |
| 4/2/2012 | 1166 | Expense | AR-Les Town View Farm | 570.00 | |
| 6/8/2012 | 1199 | Expense | Timothy Graybill | 108.00 | |
| 6/8/2012 | 1202 | Expense | AR-Les Town View Farm | 380.00 | |
| 7/6/2012 | 1224 | Expense | Farmer Boy Ag | 318.08 | |
| 7/6/2012 | 1225 | Expense | Dutch Country Hardware Inc. | 2,198.28 | |
| 8/9/2012 | 1247 | Expense | Farmer Boy Ag | 94.82 | |
| 9/12/2012 | 1269 | Expense | AR-Les Town View Farm | 380.00 | |
| 11/13/2012 | 1319 | Expense | Farmer Boy Ag | 19.96 | |
| 11/23/2012 | 1321 | Expense | Martins Forestry Products | 972.00 | |
| 12/14/2012 | 1329 | Expense | Farmer Boy Ag | 124.25 | |
| | | | chicken house Totals | $6,411.27 | |

**Chicken income**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 1/24/2012 | 000017 | Cash Receipt | Clark's Feed Mills Inc. | | 8,234.72 |
| 1/26/2012 | 000020 | Cash Receipt | Ruth Shertzler | | 500.00 |
| 3/23/2012 | 000021 | Cash Receipt | Clark's Feed Mills Inc. | | 6,024.14 |
| 6/1/2012 | 000027 | Cash Receipt | Clark's Feed Mills Inc. | | 9,598.94 |
| 7/24/2012 | 000033 | Cash Receipt | Clark's Feed Mills Inc. | | 3,854.92 |
| 9/18/2012 | 000042 | Cash Receipt | Clark's Feed Mills Inc. | | 7,354.53 |
| 9/18/2012 | 000044 | Cash Receipt | Nathan Shertzler | | 450.00 |
| 11/23/2012 | 000062 | Cash Receipt | Nathan Shertzler | | 250.00 |
| 11/23/2012 | 000066 | Cash Receipt | Clark's Feed Mills Inc. | | 5,564.51 |
| | | | Chicken income Totals | | $41,831.76 |

**Corn Sales**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 7/31/2012 | 000036 | Cash Receipt | Triple M Farms | | 7,868.57 |
| 9/4/2012 | 000039 | Cash Receipt | Mark Hurst | | 3,500.00 |
| 9/24/2012 | 000046 | Cash Receipt | Nel-Ray Farms | | 4,036.90 |
| 9/30/2012 | 000049 | Cash Receipt | Mark Hurst | | 1,423.10 |
| 11/13/2012 | 000057 | Cash Receipt | Mark Hurst | | 1,000.00 |
| 11/23/2012 | 000065 | Cash Receipt | Mark Hurst | | 1,030.00 |
| | | | Corn Sales Totals | | $18,858.57 |

**Crop expenses**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 6/18/2012 | 1213 | Expense | Ag Land Crop Protection | 2,800.98 | |
| | | | Crop expenses Totals | $2,800.98 | |

**Diesel fuel**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 1/3/2012 | 1118 | Expense | J.P. Russell & Sons Inc. | 500.45 | |
| 4/9/2012 | 1174 | Expense | Capital One Bank | 150.21 | |
| 7/6/2012 | 1228 | Expense | Pine Tree Services | 1,674.29 | |
| | | | Diesel fuel Totals | $2,324.95 | |

**Donations for farm**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 12/14/2012 | 000076 | Cash Receipt | Leon W Hurst | | 1,000.00 |
| | | | Donations for farm Totals | | $1,000.00 |

**Electric Farm**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 1/5/2012 | 1122 | Expense | PPL Electric Utilities | 419.79 | |
| 2/16/2012 | 1142 | Expense | PPL Electric Utilities | 326.16 | |
| 3/7/2012 | 1153 | Expense | PPL Electric Utilities | 447.46 | |
| 4/9/2012 | 1173 | Expense | PPL Electric Utilities | 204.81 | |
| 5/7/2012 | 1190 | Expense | PPL Electric Utilities | 472.59 | |
| 6/18/2012 | 1214 | Expense | PPL Electric Utilities | 205.22 | |
| 7/6/2012 | 1223 | Expense | PPL Electric Utilities | 462.99 | |

10/18/2022  
6:44 AM

**Liberty Ridge Farm**

## General Ledger Account Activity
### 1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 8/9/2012 | 1242 | Expense | PPL Electric Utilities | 326.32 | |
| 9/12/2012 | 1268 | Expense | PPL Electric Utilities | 498.50 | |
| 10/15/2012 | 1290 | Expense | PPL Electric Utilities | 213.07 | |
| 11/13/2012 | 1315 | Expense | PPL Electric Utilities | 355.77 | |
| 12/14/2012 | 1334 | Expense | PPL Electric Utilities | 217.25 | |
| | | | Electric Farm Totals | $4,149.93 | |

### Electric small house

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 1/5/2012 | 1122 | Expense | PPL Electric Utilities | 57.50 | |
| 2/16/2012 | 1142 | Expense | PPL Electric Utilities | 71.55 | |
| 3/7/2012 | 1153 | Expense | PPL Electric Utilities | 42.53 | |
| 4/9/2012 | 1173 | Expense | PPL Electric Utilities | 35.88 | |
| 5/7/2012 | 1190 | Expense | PPL Electric Utilities | 45.94 | |
| 6/18/2012 | 1214 | Expense | PPL Electric Utilities | 39.35 | |
| 7/6/2012 | 1223 | Expense | PPL Electric Utilities | 38.92 | |
| 8/9/2012 | 1242 | Expense | PPL Electric Utilities | 50.20 | |
| 9/12/2012 | 1268 | Expense | PPL Electric Utilities | 46.65 | |
| 10/15/2012 | 1290 | Expense | PPL Electric Utilities | 40.90 | |
| 11/13/2012 | 1315 | Expense | PPL Electric Utilities | 52.39 | |
| 12/14/2012 | 1334 | Expense | PPL Electric Utilities | 119.57 | |
| | | | Electric small house Totals | $641.38 | |

### EPMC Offerings

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 7/24/2012 | 000029 | Cash Receipt | Honey Brook Church | | 4,101.12 |
| 8/8/2012 | 000038 | Cash Receipt | Waterloo Church | | 2,158.50 |
| 9/30/2012 | 000050 | Cash Receipt | Little Falls School | | 261.01 |
| 10/15/2012 | 000054 | Cash Receipt | Mechanicsville Mennonite Church | | 2,494.05 |
| 11/13/2012 | 000055 | Cash Receipt | New England Valley Church | | 979.92 |
| 11/13/2012 | 000056 | Cash Receipt | Centerville Menonite Church | | 5,499.85 |
| | | | EPMC Offerings Totals | | $15,494.45 |

### Equipment

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 5/7/2012 | 1185 | Expense | Kleinfelter Auction | 247.78 | |
| 5/8/2012 | 1197 | Expense | Ethan Weaver | 206.70 | |
| 10/12/2012 | 1284 | Expense | Leonard Sensenig | 235.00 | |
| | | | Equipment Totals | $689.48 | |

### Equipment Bought

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 3/22/2012 | 1165 | Expense | Eblings ServicePlus | 625.00 | |
| 4/9/2012 | 1171 | Expense | Eblings ServicePlus | 497.16 | |
| 10/15/2012 | 1295 | Expense | Ethan Weaver | 6,900.00 | |
| 10/15/2012 | 1296 | Expense | Gerald Nolt | 2,000.00 | |
| | | | Equipment Bought Totals | $10,022.16 | |

### Fertilizer cost

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 8/9/2012 | 1241 | Expense | Seven Stars Dairy | 1,827.61 | |
| | | | Fertilizer cost Totals | $1,827.61 | |

### Fire Wood Expense

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 11/13/2012 | 1317 | Expense | Winding Hill Express | 800.00 | |
| | | | Fire Wood Expense Totals | $800.00 | |

### Fire wood income

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 11/13/2012 | 000059 | Cash Receipt | Sensenig Chair Shop | | 360.00 |
| 11/13/2012 | 000060 | Cash Receipt | Sensenig Chair Shop | | 60.00 |
| 11/23/2012 | 000061 | Cash Receipt | Nel-Ray Farms | | 140.00 |
| 12/14/2012 | 000067 | Cash Receipt | Sensenig Chair Shop | | 240.00 |
| 12/14/2012 | 000068 | Cash Receipt | Sensenig Chair Shop | | 120.00 |

10/18/2022  
6:44 AM

## Liberty Ridge Farm
### General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 12/14/2012 | 000069 | Cash Receipt | Sensenig Chair Shop | | 240.00 |
| 12/14/2012 | 000070 | Cash Receipt | Nel-Ray Farms | | 65.00 |
| 12/14/2012 | 000072 | Cash Receipt | Sensenig Chair Shop | | 60.00 |
| 12/14/2012 | 000077 | Cash Receipt | Sensenig Chair Shop | | 120.00 |
| 12/31/2012 | 000080 | Cash Receipt | Sensenig Chair Shop | | 300.00 |
| 12/31/2012 | 000081 | Cash Receipt | Oak Ridge Farm & Garden | | 360.00 |
| | | | Fire wood income Totals | | $2,065.00 |

**Gasoline**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 3/7/2012 | 1150 | Expense | Capital One Bank | 236.62 | |
| 4/9/2012 | 1174 | Expense | Capital One Bank | 183.33 | |
| 5/7/2012 | 1189 | Expense | Capital One Bank | 272.94 | |
| 6/2/2012 | 1198 | Expense | Capital One Bank | 130.15 | |
| 7/24/2012 | 1232 | Expense | Capital One Bank | 297.01 | |
| 8/9/2012 | 1251 | Expense | Capital One Bank | 181.77 | |
| 8/31/2012 | 1261 | Expense | Capital One Bank | 200.00 | |
| 9/24/2012 | 1281 | Expense | Capital One Bank | 354.27 | |
| 10/31/2012 | 1298 | Expense | Capital One Bank | 156.73 | |
| 10/31/2012 | 1299 | Expense | Ethan Weaver | 90.00 | |
| 11/27/2012 | 1322 | Expense | Lyndon Graham | 50.00 | |
| 11/27/2012 | 1324 | Expense | Capital One Bank | 317.72 | |
| | | | Gasoline Totals | $2,470.54 | |

**Gate assembly**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 1/24/2012 | 000018 | Cash Receipt | Snyder Gates llc | | 440.70 |
| 3/23/2012 | 000022 | Cash Receipt | Snyder Gates llc | | 764.00 |
| 5/7/2012 | 000024 | Cash Receipt | Snyder Gates llc | | 2,337.00 |
| 6/1/2012 | 000026 | Cash Receipt | Snyder Gates llc | | 1,585.00 |
| 7/24/2012 | 000032 | Cash Receipt | Snyder Gates llc | | 312.00 |
| 9/30/2012 | 000047 | Cash Receipt | Snyder Gates llc | | 762.00 |
| 11/23/2012 | 000064 | Cash Receipt | Snyder Gates llc | | 1,513.00 |
| 12/31/2012 | 000082 | Cash Receipt | Snyder Gates llc | | 411.00 |
| | | | Gate assembly Totals | | $8,124.70 |

**Gates Bought**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 3/16/2012 | 1162 | Expense | Snyder Gates llc | 1,417.50 | |
| 4/9/2012 | 1180 | Expense | Snyder Gates llc | 325.50 | |
| 4/30/2012 | 1184 | Expense | Snyder Gates llc | 9.75 | |
| 6/21/2012 | 1220 | Expense | Snyder Gates llc | 1,899.97 | |
| 11/23/2012 | 1320 | Expense | Snyder Gates llc | 460.85 | |
| | | | Gates Bought Totals | $4,113.57 | |

**Gates Sold LRF**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 5/7/2012 | 000025 | Cash Receipt | LRF Gate Sales | | 290.00 |
| 6/1/2012 | 000028 | Cash Receipt | LRF Gate Sales | | 117.75 |
| 7/24/2012 | 000030 | Cash Receipt | Nel-Ray Farms | | 1,885.00 |
| 7/31/2012 | 000035 | Cash Receipt | LRF Gate Sales | | 750.00 |
| 12/14/2012 | 000071 | Cash Receipt | Winding Hill Express | | 555.00 |
| | | | Gates Sold LRF Totals | | $3,597.75 |

**House Parent Fill in's**

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 2/16/2012 | 1145 | Expense | Raymond E Martin | 180.00 | |
| 2/16/2012 | 1146 | Expense | Harold R Kurtz | 60.00 | |
| 3/6/2012 | 1156 | Expense | Kenton R Kreider | 60.00 | |
| 3/6/2012 | 1157 | Expense | Gerald Nolt | 60.00 | |
| 3/6/2012 | 1159 | Expense | David Peachy | 120.00 | |

10/18/2022  
6:44 AM

Liberty Ridge Farm  
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 3/6/2012 | 1160 | Expense | Fred Stoltzfus | 120.00 | |
| 4/9/2012 | 1176 | Expense | Moses Burkholder | 120.00 | |
| 4/9/2012 | 1177 | Expense | Fred E Miller | 120.00 | |
| 5/7/2012 | 1194 | Expense | Harold R Kurtz | 120.00 | |
| 6/8/2012 | 1206 | Expense | Moses Burkholder | 120.00 | |
| 6/8/2012 | 1207 | Expense | Fred E Miller | 120.00 | |
| 6/8/2012 | 1208 | Expense | Marvin R Groff | 180.00 | |
| 7/24/2012 | 1237 | Expense | Harold R Kurtz | 120.00 | |
| 7/24/2012 | 1238 | Expense | Leonard Sensenig | 120.00 | |
| 8/9/2012 | 1257 | Expense | Arthur H Shirk | 120.00 | |
| 8/9/2012 | 1258 | Expense | Roy W Kreider | 120.00 | |
| 9/12/2012 | 1271 | Expense | Moses Burkholder | 120.00 | |
| 9/12/2012 | 1272 | Expense | Voided checks | | |
| 10/31/2012 | 1303 | Expense | Marlin Z Musser | 120.00 | |
| 10/31/2012 | 1304 | Expense | Paul M Freed | 120.00 | |
| 11/13/2012 | 1310 | Expense | Glen G Burkholder | 270.00 | |
| 11/13/2012 | 1311 | Expense | Moses Burkholder | 90.00 | |
| 11/13/2012 | 1312 | Expense | Paul M Freed | 120.00 | |
| 12/14/2012 | 1331 | Expense | Raymond E Martin | 120.00 | |
| 12/14/2012 | 1332 | Expense | Marlin Z Musser | 120.00 | |
| | | | House Parent Fill in's Totals | $2,940.00 | |

Household expenses

| | | | | | |
|---|---|---|---|---|---|
| 1/5/2012 | 1119 | Expense | Myron Gehman | 34.00 | |
| 1/5/2012 | 1124 | Expense | Dutch Country Hardware Inc. | 52.02 | |
| 1/5/2012 | 1125 | Expense | W.E. Schlegel Inc. | 73.72 | |
| 1/24/2012 | 1130 | Expense | Ethan Weaver | 195.80 | |
| 2/2/2012 | 1132 | Expense | Martin Appliance | 84.69 | |
| 2/2/2012 | 1137 | Expense | Capital One Bank | 496.55 | |
| 2/10/2012 | 1141 | Expense | W.E. Schlegel Inc. | 150.66 | |
| 2/16/2012 | 1147 | Expense | Myron Gehman | 28.00 | |
| 2/23/2012 | 1149 | Expense | Kleinfelter Auction | 184.29 | |
| 3/6/2012 | 1155 | Expense | Ethan Weaver | 14.18 | |
| 3/7/2012 | 1150 | Expense | Capital One Bank | 480.47 | |
| 3/7/2012 | 1151 | Expense | W.E. Schlegel Inc. | 78.36 | |
| 3/7/2012 | 1154 | Expense | Myron Gehman | 30.00 | |
| 3/16/2012 | 1161 | Expense | G & G Feed Supply Inc | 127.37 | |
| 4/9/2012 | 1172 | Expense | W.E. Schlegel Inc. | 288.97 | |
| 4/9/2012 | 1174 | Expense | Capital One Bank | 362.57 | |
| 4/9/2012 | 1175 | Expense | Myron Gehman | 24.00 | |
| 4/9/2012 | 1182 | Expense | Ethan Weaver | 243.67 | |
| 5/7/2012 | 1188 | Expense | W.E. Schlegel Inc. | 133.32 | |
| 5/7/2012 | 1189 | Expense | Capital One Bank | 679.78 | |
| 5/7/2012 | 1191 | Expense | Dutch Country Hardware Inc. | 82.44 | |
| 5/7/2012 | 1193 | Expense | Myron Gehman | 18.00 | |
| 5/8/2012 | 1197 | Expense | Ethan Weaver | 216.38 | |
| 6/2/2012 | 1198 | Expense | Capital One Bank | 431.48 | |
| 6/8/2012 | 1200 | Expense | Perry Pest Control | 169.60 | |
| 6/8/2012 | 1203 | Expense | Halligans Greenhouse | 37.62 | |
| 6/8/2012 | 1205 | Expense | Myron Gehman | 30.00 | |
| 6/8/2012 | 1210 | Expense | Ethan Weaver | 174.52 | |
| 6/8/2012 | 1212 | Expense | Ethan Weaver | 47.50 | |
| 6/18/2012 | 1216 | Expense | W.E. Schlegel Inc. | 159.46 | |

| | | | Liberty Ridge Farm | | |
|---|---|---|---|---|---|
| 10/18/2022 | | | General Ledger Account Activity | | |
| 6:44 AM | | | 1/1/2012 to 12/31/2012 | | |

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 7/6/2012 | 1226 | Expense | W.E. Schlegel Inc. | 465.65 | |
| 7/6/2012 | 1227 | Expense | Paul B LLC | 509.05 | |
| 7/6/2012 | 1230 | Expense | Brubakers Restaurant Equipment | 600.00 | |
| 7/24/2012 | 1231 | Expense | Martin Appliance | 489.96 | |
| 7/24/2012 | 1232 | Expense | Capital One Bank | 1,258.93 | |
| 7/24/2012 | 1233 | Expense | Ethan Weaver | 302.47 | |
| 7/24/2012 | 1235 | Expense | Myron Gehman | 34.00 | |
| 8/9/2012 | 1240 | Expense | Eastern Mennonite Publications | 40.95 | |
| 8/9/2012 | 1248 | Expense | Dutch Country Hardware Inc. | 27.34 | |
| 8/9/2012 | 1250 | Expense | W.E. Schlegel Inc. | 373.88 | |
| 8/9/2012 | 1251 | Expense | Capital One Bank | 311.31 | |
| 8/9/2012 | 1252 | Expense | Myron Gehman | 30.00 | |
| 8/9/2012 | 1253 | Expense | Ethan Weaver | 49.06 | |
| 8/31/2012 | 1261 | Expense | Capital One Bank | 1,189.38 | |
| 9/12/2012 | 1266 | Expense | Dutch Country Hardware Inc. | 54.70 | |
| 9/12/2012 | 1270 | Expense | Sunrise Orchard | 36.00 | |
| 9/12/2012 | 1273 | Expense | Myron Gehman | 36.00 | |
| 9/12/2012 | 1274 | Expense | W.E. Schlegel Inc. | 242.96 | |
| 9/12/2012 | 1278 | Expense | Ethan Weaver | 224.31 | |
| 9/12/2012 | 1279 | Expense | Lamar Hursh | 57.00 | |
| 9/24/2012 | 1280 | Expense | Rachel Fowler | 27.75 | |
| 9/24/2012 | 1281 | Expense | Capital One Bank | 1,604.04 | |
| 10/15/2012 | 1285 | Expense | Austin Martin | 18.75 | |
| 10/15/2012 | 1287 | Expense | Austin Martin | 14.39 | |
| 10/15/2012 | 1292 | Expense | W.E. Schlegel Inc. | 356.76 | |
| 10/31/2012 | 1298 | Expense | Capital One Bank | 647.31 | |
| 10/31/2012 | 1299 | Expense | Ethan Weaver | 156.74 | |
| 10/31/2012 | 1300 | Expense | Myron Gehman | 36.00 | |
| 10/31/2012 | 1301 | Expense | Lyndon Graham | 52.92 | |
| 11/13/2012 | 1306 | Expense | Ethan Weaver | 127.36 | |
| 11/13/2012 | 1309 | Expense | Myron Gehman | 30.00 | |
| 11/13/2012 | 1316 | Expense | W.E. Schlegel Inc. | 425.11 | |
| 11/27/2012 | 1324 | Expense | Capital One Bank | 820.01 | |
| 12/14/2012 | 1330 | Expense | Myron Gehman | 46.00 | |
| 12/14/2012 | 1333 | Expense | Ethan Weaver | 33.95 | |
| 12/14/2012 | 1335 | Expense | W.E. Schlegel Inc. | 267.15 | |
| 12/14/2012 | 1336 | Expense | Dutch Country Hardware Inc. | 23.99 | |
| | | | Household expenses Totals | $16,150.60 | |

**Labor Expense - Salary**

| | | | | | |
|---|---|---|---|---|---|
| 1/24/2012 | 1131 | Expense | Joseph E Sensenig | 1,646.94 | |
| | | | Labor Expense - Salary Totals | $1,646.94 | |

**Mentor allowance**

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2012 | 1136 | Expense | Chris Ebersole | 150.00 | |
| 3/6/2012 | 1158 | Expense | Chris Ebersole | 150.00 | |
| 4/9/2012 | 1179 | Expense | Chris Ebersole | 150.00 | |
| 5/7/2012 | 1195 | Expense | Chris Ebersole | 150.00 | |
| 6/8/2012 | 1211 | Expense | Austin Martin | 187.50 | |
| 7/24/2012 | 1236 | Expense | Austin Martin | 150.00 | |
| 7/24/2012 | 1239 | Expense | Lyndon Graham | 187.50 | |
| 8/9/2012 | 1255 | Expense | Austin Martin | 150.00 | |
| 8/9/2012 | 1256 | Expense | Lyndon Graham | 150.00 | |
| 9/12/2012 | 1275 | Expense | Lyndon Graham | 150.00 | |

10/18/2022  
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 9/12/2012 | 1276 | Expense | Austin Martin | 150.00 | |
| 10/15/2012 | 1285 | Expense | Austin Martin | 150.00 | |
| 10/15/2012 | 1286 | Expense | Lyndon Graham | 150.00 | |
| 11/13/2012 | 1307 | Expense | Austin Martin | 150.00 | |
| 11/13/2012 | 1308 | Expense | Lyndon Graham | 150.00 | |
| 12/10/2012 | 1326 | Expense | Lyndon Graham | 150.00 | |
| 12/10/2012 | 1327 | Expense | Austin Martin | 150.00 | |
| | | | Mentor allowance Totals | $2,625.00 | |
| **MMM Loan Repayment** | | | | | |
| 8/9/2012 | 1259 | Expense | Mennonite Messianic Mission | 6,259.62 | |
| 10/15/2012 | 1297 | Expense | Mennonite Messianic Mission | 2,755.06 | |
| 11/13/2012 | 1313 | Expense | Mennonite Messianic Mission | 6,479.77 | |
| | | | MMM Loan Repayment Totals | $15,494.45 | |
| **Office expense** | | | | | |
| 2/16/2012 | 1143 | Expense | Martin accounting service | 35.07 | |
| 5/7/2012 | 1187 | Expense | Martin accounting service | 46.00 | |
| 9/12/2012 | 1262 | Expense | Juniata County Treasure | 125.00 | |
| 9/12/2012 | 1264 | Expense | Voided checks | | |
| 12/24/2012 | deposit slips | Expense | | 46.34 | |
| | | | Office expense Totals | $252.41 | |
| **Other Income** | | | | | |
| 7/24/2012 | 000031 | Cash Receipt | CCD Scrap Yard | | 78.59 |
| 9/30/2012 | 000048 | Cash Receipt | Snyder Gates llc | | 200.00 |
| | | | Other Income Totals | | $278.59 |
| **Phone Cost** | | | | | |
| 2/2/2012 | 1138 | Expense | Centurylink | 90.00 | |
| 5/7/2012 | 1192 | Expense | Centurylink | 85.89 | |
| 6/25/2012 | 1222 | Expense | Centurylink | 85.89 | |
| 7/6/2012 | 1229 | Expense | Centurylink | 85.72 | |
| 9/12/2012 | 1263 | Expense | Centurylink | 186.69 | |
| 10/15/2012 | 1291 | Expense | Centurylink | 87.04 | |
| 11/13/2012 | 1318 | Expense | Centurylink | 87.04 | |
| 12/14/2012 | 1337 | Expense | Centurylink | 87.04 | |
| | | | Phone Cost Totals | $795.31 | |
| **Repair Expense - Equipment** | | | | | |
| 2/3/2012 | 1133 | Expense | Swarey's Saw Shop | 39.83 | |
| 4/9/2012 | 1170 | Expense | Dutch Country Hardware Inc. | 55.18 | |
| 6/2/2012 | 1198 | Expense | Capital One Bank | 111.33 | |
| 6/8/2012 | 1204 | Expense | Brown's Service Center | 17.66 | |
| 6/18/2012 | 1217 | Expense | Eblings ServicePlus | 117.31 | |
| 7/24/2012 | 1233 | Expense | Ethan Weaver | 45.47 | |
| 8/9/2012 | 1245 | Expense | Nightingale Auto Electric | 135.00 | |
| 8/9/2012 | 1249 | Expense | Eblings ServicePlus | 259.03 | |
| 8/9/2012 | 1251 | Expense | Capital One Bank | 57.19 | |
| 8/31/2012 | 1261 | Expense | Capital One Bank | 27.49 | |
| 9/24/2012 | 1281 | Expense | Capital One Bank | 134.29 | |
| 10/24/2012 | 1282 | Expense | Swarey's Saw Shop | 77.90 | |
| 10/31/2012 | 1298 | Expense | Capital One Bank | 73.95 | |
| 11/27/2012 | 1323 | Expense | Swarey's Saw Shop | 109.39 | |
| 11/27/2012 | 1324 | Expense | Capital One Bank | 186.94 | |
| 12/19/2012 | 1328 | Expense | Swarey's Saw Shop | 124.55 | |

10/18/2022
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---:|---:|
| 12/31/2012 | 1338 | Expense | Weaver's Repair & Machine Shop | 8.69 | |
| | | | Repair Expense - Equipment Totals | $1,581.20 | |

### Repair Expense-Buildings

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---:|---:|
| 1/24/2012 | 1129 | Expense | Shank Door | 393.36 | |
| 2/2/2012 | 1137 | Expense | Capital One Bank | 598.33 | |
| 2/10/2012 | 1139 | Expense | Weaver Insulators | 1,150.00 | |
| 3/7/2012 | 1150 | Expense | Capital One Bank | 145.72 | |
| 4/9/2012 | 1174 | Expense | Capital One Bank | 134.13 | |
| 5/7/2012 | 1189 | Expense | Capital One Bank | 655.50 | |
| 6/2/2012 | 1198 | Expense | Capital One Bank | 42.07 | |
| 6/8/2012 | 1201 | Expense | Martin Plumbing and Heating | 14.17 | |
| 7/24/2012 | 1233 | Expense | Ethan Weaver | 17.80 | |
| 8/9/2012 | 1243 | Expense | Evendale Supply | 56.75 | |
| 8/9/2012 | 1244 | Expense | Burkholder Electric | 309.12 | |
| 8/9/2012 | 1251 | Expense | Capital One Bank | 350.73 | |
| 8/31/2012 | 1260 | Expense | Rickenbaugh Building Supply | 205.39 | |
| 8/31/2012 | 1261 | Expense | Capital One Bank | 170.86 | |
| 9/12/2012 | 1267 | Expense | Farmer Boy Ag | 468.42 | |
| 9/24/2012 | 1281 | Expense | Capital One Bank | 430.25 | |
| 10/15/2012 | 1293 | Expense | Dutch Country Hardware Inc. | 213.38 | |
| 10/31/2012 | 1298 | Expense | Capital One Bank | 122.03 | |
| 10/31/2012 | 1302 | Expense | Evendale Supply | 18.09 | |
| 11/13/2012 | 1314 | Expense | Paul B LLC | 96.95 | |
| 11/27/2012 | 1324 | Expense | Capital One Bank | 13.04 | |
| | | | Repair Expense-Buildings Totals | $5,606.09 | |

### Repairs / Maintenance Cost

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---:|---:|
| 1/5/2012 | 1126 | Expense | Brown's Service Center | 50.00 | |
| 1/14/2012 | 1127 | Expense | Zimmerman Pipe | 101.36 | |
| 4/2/2012 | 1167 | Expense | Jay Fulkroad and Sons, Inc. | 478.68 | |
| 5/7/2012 | 1186 | Expense | Eblings ServicePlus | 48.27 | |
| 5/7/2012 | 1189 | Expense | Capital One Bank | 138.54 | |
| | | | Repairs / Maintenance Cost Totals | $816.85 | |

### Resident Contributions

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---:|---:|
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | | 1,700.00 |
| 5/7/2012 | 000023 | Cash Receipt | Bill Cross | | 3,400.00 |
| 7/27/2012 | 000034 | Cash Receipt | Bill Cross | | 3,400.00 |
| 8/8/2012 | 000037 | Cash Receipt | ▇▇▇▇▇▇ | | 1,700.00 |
| 9/4/2012 | 000040 | Cash Receipt | Bill Cross | | 1,700.00 |
| 9/4/2012 | 000041 | Cash Receipt | Allen Miller | | 1,000.00 |
| 9/18/2012 | 000043 | Cash Receipt | ▇▇▇▇▇▇ | | 1,700.00 |
| 9/24/2012 | 000045 | Cash Receipt | Allen Miller | | 1,000.00 |
| 10/15/2012 | 000051 | Cash Receipt | ▇▇▇▇▇▇ | | 700.00 |
| 10/15/2012 | 000052 | Cash Receipt | Allen Miller | | 1,000.00 |
| 10/15/2012 | 000053 | Cash Receipt | Clearview Mennonite Church | | 1,700.00 |
| 11/13/2012 | 000058 | Cash Receipt | Bill Cross | | 1,700.00 |
| 11/23/2012 | 000063 | Cash Receipt | Allen Miller | | 1,000.00 |
| 12/14/2012 | 000073 | Cash Receipt | ▇▇▇▇▇▇ | | 675.00 |
| 12/14/2012 | 000074 | Cash Receipt | ▇▇▇▇▇▇ | | 25.00 |
| 12/14/2012 | 000078 | Cash Receipt | Allen Miller | | 1,000.00 |
| 12/31/2012 | 000083 | Cash Receipt | ▇▇▇▇▇▇ | | 700.00 |
| | | | Resident Contributions Totals | | $24,100.00 |

10/18/2022  
6:44 AM

# Liberty Ridge Farm
## General Ledger Account Activity
### 1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| **Residents contributions** | | | | | |
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | | 1,700.00 |
| | | | Residents contributions Totals | | $1,700.00 |
| **Residents medical income** | | | | | |
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | | 184.84 |
| 12/14/2012 | 000079 | Cash Receipt | Allen Miller | | 125.00 |
| | | | Residents medical income Totals | | $309.84 |
| **Residents Personal Exp. Refund** | | | | | |
| 12/31/2012 | 000083 | Cash Receipt | James Sensenig | | 487.36 |
| | | | Residents Personal Exp. Refund Totals | | $487.36 |
| **Residents Personal Expense** | | | | | |
| 12/14/2012 | 1333 | Expense | Ethan Weaver | 305.42 | |
| | | | Residents Personal Expense Totals | $305.42 | |
| **Rewards Capital One** | | | | | |
| 12/14/2012 | 000075 | Cash Receipt | Capital One Bank | | 239.49 |
| | | | Rewards Capital One Totals | | $239.49 |
| **Supplies Expense** | | | | | |
| 1/5/2012 | 1121 | Expense | Kauffman Fire Equipment | 209.56 | |
| 1/5/2012 | 1123 | Expense | Eblings ServicePlus | 10.59 | |
| 1/5/2012 | 1124 | Expense | Dutch Country Hardware Inc. | 67.16 | |
| 1/5/2012 | 1125 | Expense | W.E. Schlegel Inc. | 20.38 | |
| 2/2/2012 | 1137 | Expense | Capital One Bank | 165.31 | |
| 2/10/2012 | 1140 | Expense | Paul B LLC | 167.69 | |
| 2/18/2012 | 1148 | Expense | Eblings ServicePlus | 6.99 | |
| 3/7/2012 | 1152 | Expense | Paul B LLC | 287.04 | |
| 3/22/2012 | 1163 | Expense | Keystone Fencing | 778.40 | |
| 3/22/2012 | 1164 | Expense | Martin Landscape Supply | 162.00 | |
| 4/9/2012 | 1169 | Expense | Paul B LLC | 93.42 | |
| 5/8/2012 | 1197 | Expense | Ethan Weaver | 22.25 | |
| 6/18/2012 | 1215 | Expense | Dutch Country Hardware Inc. | 26.99 | |
| 6/25/2012 | 1221 | Expense | Jay Fulkroad and Sons, Inc. | 166.18 | |
| 7/24/2012 | 1232 | Expense | Capital One Bank | 517.32 | |
| 8/9/2012 | 1246 | Expense | Paul B LLC | 315.14 | |
| 9/12/2012 | 1265 | Expense | Jay Fulkroad and Sons, Inc. | 195.60 | |
| 10/11/2012 | 1283 | Expense | Shade Mountain Forest Products L | 371.45 | |
| 10/15/2012 | 1289 | Expense | Jay Fulkroad and Sons, Inc. | 363.44 | |
| 10/15/2012 | 1294 | Expense | Paul B LLC | 368.46 | |
| | | | Supplies Expense Totals | $4,315.37 | |
| **Utilities Expense-Phone** | | | | | |
| 4/9/2012 | 1168 | Expense | Centurylink | 195.59 | |
| | | | Utilities Expense-Phone Totals | $195.59 | |
| **Vehicle expenses** | | | | | |
| 4/30/2012 | 1183 | Expense | Penn Dot | 25.00 | |
| | | | Vehicle expenses Totals | $25.00 | |
| **voided** | | | | | |
| 6/18/2012 | 1218 | Expense | Voided checks | | |
| | | | voided Totals | | |
| **Voided Checks** | | | | | |
| 4/9/2012 | 1178 | Expense | Chris Ebersole | | |

10/18/2022
6:44 AM

Liberty Ridge Farm

## General Ledger Account Activity

1/1/2012 to 12/31/2012

| Transaction Date | Transaction Number | Transaction Type | Name | Debits | Credits |
|---|---|---|---|---|---|
| 6/18/2012 | 1219 | Expense | Voided checks | | |
| | | | Voided Checks Totals | | |

Report Options
Transaction Date: 1/1/2012 to 12/31/2012