# EXHIBIT P

**PrimeCare Records (Redacted)**
*Filed Under Seal*

| | | | | | |
|---|---|---|---|---|---|
| 14-5317 | 02. Intake Suicide Screening | Problems recorded during prior incarcerations: | PSYCHOLOGICAL / MENTAL HEALTH | Smith, MA, Nicole | 12-04-2014 9:59 am |
| 14-5317 | 02. Intake Suicide Screening | Patient has mental health treatment history. (Note current psychotropic medication and name of most recent treatment agency). | Yes (ADHD ) | Smith, MA, Nicole | 12-04-2014 9:59 am |
| 14-5317 | 02. Intake Suicide Screening | Patient has attempted suicide previously. (Check wrists and note method.) | Yes (Patient states he tried 2 yrs ago ) | Smith, MA, Nicole | 12-04-2014 9:59 am |

| | | | | | |
|---|---|---|---|---|---|
| 15-1088 | 02. Intake Suicide Screening | Problems recorded during prior incarcerations: | PSYCHOLOGICAL / MENTAL HEALTH HEENT | Rojas-Cortes, MA, Maria | 03-16-2015 5:13 pm |

| | | | | | |
|---|---|---|---|---|---|
| 15-1088 | 03. Receiving Screening | Have you ever tried to commit suicide in the past? Where? When? | More than a year ago (2 years ago - pt attempted to hang himself) | Rojas-Cortes, MA, Maria | 03-16-2015 5:33 pm |
| | | | | | |
| 15-1088 | 03. Receiving Screening | Have you ever been hospitalized and or treated by a substance abuse treatment provider, psychiatrist or mental health counselor? (If Yes, | Yes (8 months ago ago in NJ : unsure of hospital name ) | Rojas-Cortes, MA, Maria | 03-16-2015 5:33 pm |

CONFIDENTIAL