**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| D.C., *et al.*, | : Civil No. 5:21-cv-05070-JMG |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LIBERTY RIDGE FARM, *et al.*, | : |
| Defendants. | : |
| | : |

**PLAINTIFF'S UNDISPUTED STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW**

AND NOW, come the Plaintiffs, D.C. and R.M., by counsel, who file the within

Undisputed Statement of Material Facts in support of their Brief in Opposition to Defendants'

Motions for Summary Judgement[1], and state as follows:

**Facts**

**a. The Mission and its relationship with the EPMC**

1. The EPMC was formed by a group of people who wanted to practice more

traditional Mennonite ways.  *See* Exhibit C, p. 13.

2. The EPMC is a group of Mennonite "believers" who practice the religion similarly.

3. The EPMC is made up of individual Mennonite congregations.  *See* Exhibit M, p.

13, 14.

4. The EMPC is made up of regional districts of congregations throughout the United

States, Canada, and other countries.  *See* Exhibit C, p. 15

---

[1] All Exhibits referenced in Plaintiff's Undisputed Statement of Material Facts In Support of Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment are attached to the Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment at Doc. 45.

5.      The EMPC is comprised of about 92 total congregations, with about 7,000 members.  *See* Exhibit C, p. 16.

6.      Each congregation is run by local ministers.  *See* Exhibit C, p. 18.  Mennonite bishops oversee six to eight congregations.  *See* Exhibit C, p. 18.  Mennonite deacons oversee geographic regions of congregations that meet several times a year.  *See* Exhibit C, p. 14.

7.      At these meetings, the deacons and other church leaders discuss issues within the EPMC, how to collectively respond, and the direction they want the ministry to go.  *See* Exhibit C, p. 14.

8.      During Sunday morning worship, individual Mennonite congregations "lift offerings" from their members.  *See* Exhibit C, p. 20.  Mennonite churches inform worshipers before a particular Sunday that they will be lifting an offering for a particular thing, like Liberty Ridge, the Mission, or something else.  *See* Exhibit C, p. 20, 21.

9.      Lifting offerings for particular EPMC projects, like Liberty Ridge, is at the discretion of the individual congregations.  *See* Exhibit C, p. 21.

10.     The Mennonite Messianic Mission of the Eastern Pennsylvania Mennonite Church (the "Mission") is the EPMC body that "oversee[s] the outreach activities of the church."  *See* Exhibit D, p. 14.

11.     The Mission is a corporate body guided by EPMC's Bishops and ministry.  *See* Exhibit C, p. 28.  The EMPC has a "statement of instruction and discipline" that contains the Mission's guidelines.  *See* Exhibit D, p. 22-23.

**b.  The Mennonites established Liberty Ridge as a work camp for children the Mennonites believe have "special spiritual, emotion, and social needs."**

12.     The idea for Liberty Ridge first came up "because of the needs of young men for more structure in their lives and young men that needed help" within the Mennonite community.

*See* Exhibit D, p. 21.  The Mennonites thought the "needs" of these young men were "primarily in their spiritual lives."  *See* Exhibit D, p. 22.

13.     The Mission identified a "general sense within the community" that "some [Mennonite] young men were rebellious and not manageable at home and not getting along with their peers and were just simply very unstructured."  *See* Exhibit D, p. 22.

14.     The Mission first considered soliciting individual homes within the Mennonite community to host troubled boys.  *See* Exhibit D, p. 23.  Eventually, the Mission felt that it should be an "institution" instead.  *See* Exhibit D, p. 26.

15.     To explore this option, the Mission created an investigative committee for Liberty Ridge, selecting members that "had some personal interest in a project like that."  *See* Exhibit D, p. 27.

16.     In designing Liberty Ridge, members of the Mission traveled to other troubled teen labor programs throughout the United States as research, spending a few days at each.  *See* Exhibit E, p. 23, 24.

17.     Nelson Martin, one of the Mission members most involved in Liberty Ridge, traveled to two (2) Mennonite run labor programs: Fresh Start in Indiana and Team Boys Ranch in Missouri.  *See* Exhibit E, p. 23-24.

18.     Martin also studied the secular Lives Under Construction organization in Missouri that housed *inmates* coming out of *prison*. *See* Exhibit E, p. 24 (*emphasis added*).  Martin drew from each visit a "procedure of operation."  *See* Exhibit E, p. 24.

19.     Kyle Hoover, a former Mennonite teen resident of Team Boys Ranch, was also conscripted to help construct Nelson Martin construct Liberty Ridge.  *See* Exhibit F, p. 49.

20.     After finishing its "research," the Mission's Liberty Ridge committee solicited men from EMPC congregations to be "mentors."  *See* Exhibit E, p. 30.  The individual congregations also presented mentor candidates to the Liberty Ridge committee. *See* Exhibit E, p. 30.  The goal was for mentors to be "God honoring, God fearing young men that were responsible."  *See* Exhibit E, p. 29-30.

21.     There was no screening process for Liberty Ridge's mentors.   The mentor candidates were simply to self-report why the candidate believed they were appropriate for the position.   Prospective mentors were questioned about their life, relationship with God, and relationship to their siblings and parents.  *See* Exhibit E, p. 30.

22.     The Liberty Ridge committee did not interview any family members, siblings, or anyone else.  Mentors had no training in dealing with at-risk youth.  Mentors had no training dealing with children with mental health disorders.  *See* Exhibit E, p. 30, 31.  The Liberty Ridge committee did not observe the Mentors interacting with troubled children.  *See* Exhibit G, p. 27.

23.     To set up Liberty Ridge, the Mission purchased property in Juniata County, Pennsylvania.  To pay for it, individual congregations within the EPMC donated money to the Mission for payment.  EMPC churches throughout the Mennonite community "lifted offerings" to Liberty Ridge at Sunday congregations.  *See* Exhibit E, p. 90.

24.     Some Liberty Ridge donations went to the Mission first, and the Mission would then decide how the money was spent.  *See* Exhibit E, p. 90.  If parishioners' offerings went directly to Liberty Ridge, Liberty Ridge would forward the funds directly to the Mission to pay for the property.  *See* Exhibit E, p. 90.  Liberty Ridge paid the Mission for the property out of parishioners' offerings and nothing else.  *See* Exhibit E, p. 91.

25.     Right away, the Mission sought to monetize the labor of Liberty Ridge residents. Gerald Nolt was one of the founding Liberty Ridge Committee members.  *See* Exhibit G, p. 20. Nolt explained the Liberty Ridge Committee was approached by Snyder Gates LLC with a proposal to establish a workshop at Liberty Ridge.  *See* Exhibit G, p. 32, 33.  The Committee was familiar with Snyder from the Mennonite community.  *See* Exhibit G, p. 33.

26.     As reflected in the Mission's Meeting Minutes on May 4, 2011:

> The committee presented a proposal from Snyder Gates LLC that would allow them to set up the shop to manufacture fiberglass farm gates **incorporating the labor of the Liberty Ridge Farm residents**. Snyder Gates would be providing training and management for a one-year period.  At that point a decision would need to be made whether the farm would purchase the manufacturing machinery or discontinue the contract

*See* Exhibit A, p. 24-25; *see also* Exhibit H (*emphasis added*).

27.     Snyder Gates saw Liberty Ridge as free labor for its operation.  "Snyder Gates was looking for somebody to assemble and paint, prep gates for sale, and we took that on at Liberty Ridge."  *See* Exhibit G, p. 32.  "They were just looking for something - - somebody to do it, and we were looking for something to employ."  *See* Exhibit G, p. 32.

28.     Paying the Liberty Ridge residents never came up.  There was never a discussion with Snyder to pay the boys for their work.  *See* Exhibit G, p. 36-37.

29.     The arrangement was not formal.  Like many business arrangements within the Mennonite community, there was no formal contract between Liberty Ridge, the Mission, or Snyder Gates.  *See* Exhibit E, p. 33.  And Snyder Gates was not the only business to exploit the Liberty Ridge residents, as described below.

30.     To help defray Liberty Ridge's cost, Liberty Ridge residents' parents made payments to Liberty Ridge for operating expenses, to "help to cover for - - it just cost a lot for the food, for the - - yeah, operating expense." *See* Exhibit E, p. 94.  For example, D.C.'s parents paid

anywhere from $1,700 to $3,400 monthly, while R.M.'s parents paid $1,000 monthly. *See* General Ledger Account Activity, 1/1/2011 to 12/31/2011, p. 7; 1/1/2012 to 12/31/2012, pp. 13-14; 1/1/2013 to 12/31/2013, p. 17.  *See* Exhibits I, J, and K, respectively.

31.     Once Liberty Ridge was up and running, despite tuition and money-making businesses, there was no real "programming."  The Liberty Ridge Committee determined how long each resident spent at Liberty Ridge.  *See* Exhibit E, p. 76.  This was determined by the boys' "progress and also how they were relating to individuals."  *See* Exhibit E, p. 77.   The standards were "subjective;" there was not a progress list of items to check off.  *See* Exhibit E, p. 77.  One "benchmark" was "their respect for those in authority" at Liberty Ridge.  *See* Exhibit E, p. 77.

32.     Residents had a variety of requirements at Liberty Ridge once they arrived.  The residents performed household chores, household farming work, "vocational" work, and "consequences."  Household chores were "property maintenance" like when the boys would "mow the yard" and "of course, they all had their house chores to do."  *See* Exhibit E, p. 100.

33.     Household farming work included tending to the small garden on the property, and to the hogs and several beef cattle all which were used to feed the boys.  *See* Exhibit L, p. 33, 37.

34.     However, as described more in more detail below, "vocational" work and "consequences" were not run-of-the-mill "chores."

**c.  Liberty Ridge was advertised to parents and the Mennonite community as being a "treatment" center for high-risk youth.  In reality, Liberty Ridge offered no treatment whatsoever; only harsh punishments and forced unpaid labor for profit.**

35.     Liberty Ridge, the Mission, and the EPMC told the Mennonite community that Liberty Ridge's purpose was to "help troubled youth."  *See* Exhibit A, p. 34.  Ethan Weaver, another Mission member involved with Liberty Ridge, explained that meant "youth that are struggling with … issues of life" in the Mennonite community.  *See* Exhibit A, p. 34.

36.     Mennonite parents believed their children would have their "emotional or behavioral difficulty" treated at Liberty Ridge. *See* Exhibit A, p. 88.

37.     Before Liberty Ridge opened, the Mission spread the word about Liberty Ridge throughout the Mennonite community.  Individual congregations would "take an offering" on Sunday mornings from their parishioners for Liberty Ridge.  *See* Exhibit C, p. 20.  Mission leadership announced or printed the week prior to Sunday services asking for offerings to Liberty Ridge.  *See* Exhibit C, p. 20.

38.     Ethan Weaver described such "advertising" as "word of mouth" in their community.  *See* Exhibit A, p. 37.

39.     Once word was out, parents approached Mennonite church leaders about needing help with a child.  *See* Exhibit G, p. 44.  Then, the ministry would make the decision with the parents about whether to send the child to Liberty Ridge.  *See* Exhibit G, p. 43-44.

40.     Individual churches and parents believed Liberty Ridge was providing "a family like setting" that was "[p]roviding education, spiritual nature, and training on how to relate, how to work, to help them relate to society and church life."  *See* Exhibit G, p. 42-43.

41.     Again, while the Mission said Liberty Ridge was therapeutic, there were no therapists, medical doctors, or trained staff of any kind.  *See* Exhibit A, p. 35.  Ethan Weaver did not even know if the staff or mentors were trained in how to deal with boys who were prescribed medication.  *See* Exhibit A, p. 90.

42.     Liberty Ridge purported to create "individual treatment plans or therapies" for each child.  But these were based only on the "best knowledge" of Liberty Ridge's untrained staff based on the child's "behavior and struggles."  *See* Exhibit A, p. 37-38.

43.    In fact, neither Plaintiff (R.M. nor D.C.) received *any* therapy while at Liberty Ridge.  *See* Exhibit L, p. 65.

44.    Again, there were no professional assessments of the child residents performed.  *See* Exhibit A, p. 36.  Liberty Ridge's staff had no training on high needs children, such as children with mental health issues, diagnoses, or emotional issues.  *See* Exhibit A, p. 40.

45.    Liberty Ridge did seek nor obtain state or governmental licensing.  Liberty Ridge did not consult with the US DOL regarding child labor prior to opening.  *See* Exhibit A, p. 40.

46.    Even though Liberty Ridge claimed to be a "structured" and "therapeutic" program, the children's files were only haphazardly maintained by untrained mentors.  According to Ethan Weaver, the mentors maintained the files on the kids, but he had no idea what happened to the files.  *See* Exhibit A, p. 59.

47.    This is evident in the documents missing from R.M. and D.C.'s files, despite both being there so long.  For example, D.C. knew that the mentors would keep journals about him and his behaviors.  *See* Exhibit E, p. 106.  In discovery, however, no such documents were turned over.  Additionally, despite D.C. being at Liberty Ridge for several years, only a handful of daily inventories written by D.C. were turned over.

48.    Contact with the outside world monitored and screened.  The residents, including Plaintiffs, could not express to their parents what was happening to them, and parents thought they were just living in a godly home.  D.C. testified all external communication was monitored by the Liberty Ridge staff.  *See* Exhibit M, p. 105.  "There was always somebody on the other end of the phone listening."  *See* Exhibit M, p. 105.

49.    D.C. further explained that when parents would visit, there was always a mentor with them to observe.  *See* Exhibit M, p. 105.

50.     All written communications were screened as well.  D.C. testified he did not try to write anything against Liberty Ridge in his communications "because I was afraid that something would happen."  *See* Exhibit M, p. 105.  "I was afraid that there would be consequences because of it."  *See* Exhibit M, p. 105.

**d.  The Residents' typical day at Liberty Ridge**

51.     During a usual day at Liberty Ridge, the boys would wake up and perform household chores and have bible study before eating breakfast.  *See* Exhibit L, p. 32.  Sometimes the boys would go to the chicken house first, then come back inside for devotionals before breakfast.  *See* Exhibit M, p. 32.

52.     After breakfast, the boys would work until lunch.  *See* Exhibit L, p. 32.  Over lunch, the boys would eat and attend bible study for about an hour.  *See* Exhibit L, p. 41.  Then, the boys would go back out and work again.

53.     The boys performed manual labor, such as milling logs and working on gates.  *See* Exhibit L, p. 41.  To mill logs, the boys would fell trees, drag them out of the woods, and split them to be milled.  *See* Exhibit L, p. 33.  R.M. used a chainsaw to split the trees and manually handled the logs, while his mentor ran the sawmill machinery to mill the processed logs.  *See* Exhibit L, p. 35.  The children would use other dangerous tools like a rivet gun, drills, and saws. *See* Exhibit M, p. 34-35.

54.     The boys worked daily in the chicken house to raise chickens for a live market in New York.  *See* Exhibit L, p. 33, 37.  Residents would remove dead chickens, put out feed and water, and clean up the barn after the chickens were loaded up for market.  *See* Exhibit M, p. 32, 36.

55.     Labor was performed "pretty much from sunup to sundown."  *See* Exhibit M, p. 85.

56.     The boys would only get recreation time on Sundays.  *See* Exhibit L, p. 38.  D.C. recalls the only real recreation as walking through the woods and driving up to the mountains a few times.  *See* Exhibit M, p. 37.

57.     Residents received no real schooling to speak of.  Schooling was unstructured, at best.  A schoolteacher was only available on site for a few hours during the day, every once in a while.  *See* Exhibit M, p. 103.  Eventually, the schooling just stopped completely.  *See* Exhibit M, p. 104.

58.     Manual labor was different from run-of-the-mill daily household chores and tasks, such as tending to the "hobby animals" such as hogs, or the small garden to grow some crops, like peppers, to eat within the home.  *See* Exhibit L, p. 33, 37; s*ee also* Exhibit M, p. 36, 40.  R.M. explained this general farming knowledge was already something that was known within the Mennonite culture.  *See* Exhibit L, p. 38.

**e. Liberty Ridge tortured children to force compliance with the Defendants' demands for free labor.**

59.     As stated above, Liberty Ridge residents performed chores, but were also forced into "vocational" labor, and were subject to severe "consequences" for non-compliance.  And "consequences" at Liberty Ridge were extreme.  What caused "consequences" varied, but often revolved around a boy's non-cooperation with staff demands, including for the boys' labor.

60.     Consequences "varied, but a lot of times it was, you know, disrespect or not listening or the list can go on." *See* Exhibit E, p. 105.  When a boy "became angry" or exhibited "anger," "didn't want to do what was asked of him," or even "if a boy did not want to go to bed yet" then Liberty Ridge mentors enforced consequences.  *See* Exhibit A, p. 57, 95.

61.     Other times, the boys would receive labor consequences for simply talking about sports cars, which was deemed "rebellious." *See* Exhibit L, p. 43.

62.     Boys could stop the consequences only "whenever they corrected their attitudes or their - - say okay, **we're ready to go back to work**."  *See* Exhibit A, p. 66.

63.     Consequences would escalate from mundane to extreme. It would start with talking to the offending child (*See* Exhibit A, p. 65), writing sentences for "however long it took" (*See* Exhibit A, p. 66), to running (*See* Exhibit A, p. 69).  If the boy ran until exhausted but his "attitude didn't change" then consequences would become worse.  *See* Exhibit A, p. 69.

64.     If a boy suffering mental distress acted out or "become violent," consequences would escalate to physical restraint and forced labor immediately.  Physical restraint of the children was allowed and even *encouraged* at Liberty Ridge.  *See* Exhibit A, p. 71.

65.     Liberty Ridge never called police, emergency services, or a mental health crisis line when a child became "violent."  *See* Exhibit A, p. 71.  Instead, Liberty Ridge used boys' misbehavior to work them until exhaustion.

66.     Liberty Ridge also fostered an environment of division between the boys.  *See* Exhibit L, p. 62. R.M. explained that they would achieve the "moral high ground" over each other so that the other boys would get in trouble first.  *See* Exhibit L, p. 62.

67.     It is undisputed that boys performed laborious consequences outside of normal work hours, after dinner, overnight, and for extended periods of time.  *See* Exhibit A, p. 95.  Some examples of laborious physical consequences were digging holes, digging drains, digging tree stumps, sawing wood, and breaking rocks into small pieces that fit in a five-gallon bucket to "help them break a bad habit."  *See* Exhibit A, p. 99-100.

68.     Physical consequences were "something for them to work at and think about" and after doing it the boys would think: "I'm going to comply."  *See* Exhibit G, p. 53.

69.     The Mission's Liberty Ridge Committee approved the methods and consequences used at Liberty Ridge.  *See* Exhibit G, p. 53-54.

70.     Boy's physical labor punishments were to be performed "until the job was complete or until the boy was ready to do what he needed to do." *See* Exhibit G, p. 59.

71.     R.M. explained that Ethan Weaver was the "main guy that - - he was the instigator. He was the one that decided what type of punishment I was going to get."  *See* Exhibit L, p. 44.

72.     Liberty Ridge also imposed food and water restriction while the boys were performing consequences, like limiting them to "rice and beans."  *See* Exhibit G, p. 68.  For example, D.C. was made to work for several days without rest and was only given two sandwiches and two glasses of water.  *See* Exhibit M, p. 90, 96.

73.     Food and water restriction would come with more "elevated consequences."  *See* Exhibit G, p. 68.

74.     The Plaintiffs were subject to extreme consequences for failing to comply with Liberty Ridge's demands.  For example:

- D.C. was subject to sleep deprivation.  D.C. was up all night digging a hole "until his attitude changed."  *See* Exhibit A, p. 101.

- Two mentors used physical restraint upon D.C. at one time.  *See* Exhibit A, p. 105.

- One night, several mentors tied up D.C. and left him on the ground, outside, for hours. *See* Exhibit L, p. 68.

- R.M. was subject to sleep, food, and water deprivation.  R.M. was up all-night digging holes in rocky soil, only receiving one glass of water several hours into the night of labor.  *See* Exhibit L, p. 65.  In the morning, instead of finally allowing R.M. to sleep, he then had to write "a hundred-some sentences."  *See* Exhibit L, p. 44.

75.     Neither Liberty Ridge nor the Mission ever consulted with any medical or psychological professionals to determine whether the work performed at Liberty Ridge or the consequences would cause psychological or physical harm to the boys.  *See* Exhibit A, p. 111-12.

76.     There was no consultation whatsoever to determine whether these "occupational exercises" or work was "therapeutic" for the children.  *See* Exhibit A, p. 111.

**f.  Liberty Ridge threatened legal process against the children if they left.**

77.     Defendants claim they "do not force anybody to stay" at Liberty Ridge, and that if the boys wanted to leave the farm, "the driveway was open."  *See* Exhibit G, p. 63, 64.  This is not true.

78.     Gerald Nolt said that if boys left, Liberty Ridge would "notify the police" because "we will not have a boy in the community…so the boys understood that, yes." *See* Exhibit G, p. 66.  Nolt explained the police would bring the boys back to Liberty Ridge and, according to Nolt, if a child ran away, the Police would say to the boys, "this is the place you need" and "it was excellent." *See* Exhibit G, p. 66-67.

79.     R.M. testified Weaver told the boys if they ever ran away, law enforcement would bring them back.  *See* Exhibit L, p. 67.  This was reinforced within the EPMC churches, "they will preach that law enforcement looks up to them."  *See* Exhibit L, p. 67.

80.     R.M.'s biggest fears were leaving and having the police bring him back, the Liberty Ridge punishments, and that if he did end up leaving, he would not be accepted back in the Mennonite community.  As a child, "I'd be pretty much homeless at that point."  *See* Exhibit L, p. 67.

**g.  Liberty Ridge and other associated Mennonites made money off the coerced free labor of the boys at Liberty Ridge.**

81.     Liberty Ridge claims it provided "vocational training" and "therapy" for boys.  *See* Exhibit E, p. 92; *see also* Exhibit A, p. 37-38.  In reality the children only performed rudimentary, unskilled, manual labor that offered no real job training skills.  Nor did the children receive any therapy or treatment.

82.     Instead, the boys' free labor was used in two ways.  First, Liberty Ridge residents' labor was used as a substitute for local businesses' paid labor, which, in turn kicked back money to Liberty Ridge.  *See infra.*  Second, Liberty Ridge Residents' physical labor was a tool to break their will and force compliance with Liberty Ridge's demands.  *See infra.*

83.     First, there Liberty Ridge made money several ways off the boys' labor:

- Clark's Feed Mill was involved with Liberty Ridge's chicken house.  *See* Exhibit E, p. 57.  Clark's had paid employees, but also benefitted from Liberty Ridge residents' free labor.  *See* Exhibit E, p. 57-58. From about 2011 to 2014, there were about 30,000 birds at Liberty Ridge in the 300 by 600-foot chicken barn.  *See* Exhibit E, p. 58-59. Liberty Ridge's residents tended to chickens from when they were "little peeps" until Clark's would remove the birds for sale.  *See* Exhibit E, p. 58, 59-60.  Clark's "would just give [Liberty Ridge] so much a pound" for chickens.  *See* Exhibit E, p. 60-61.

  For example, in 2011, 2012, and 2013, Liberty Ridge received $38,328.73, $41,831.76, and $43,828.70 per year, respectively, from "Chicken income":

**Chicken income**

| | | | | |
|---|---|---|---|---:|
| 3/31/2011 | 000004 | Cash Receipt | Clark's Feed Mills Inc. | 6,147.86 |
| 6/13/2011 | 000006 | Cash Receipt | Clark's Feed Mills Inc. | 7,911.06 |
| 7/29/2011 | 000008 | Cash Receipt | Clark's Feed Mills Inc. | 6,743.43 |
| 9/29/2011 | 000009 | Cash Receipt | Clark's Feed Mills Inc. | 6,970.04 |
| 9/30/2011 | 000010 | Cash Receipt | Hart Brothers | 300.00 |
| 10/31/2011 | 000012 | Cash Receipt | Ruth Shertzler | 260.00 |
| 11/17/2011 | 000015 | Cash Receipt | Clark's Feed Mills Inc. | 9,996.34 |
| | | | **Chicken income Totals** | **$38,328.73** |

**Chicken income**

| | | | | |
|---|---|---|---|---:|
| 1/24/2012 | 000017 | Cash Receipt | Clark's Feed Mills Inc. | 8,234.72 |
| 1/26/2012 | 000020 | Cash Receipt | Ruth Shertzler | 500.00 |
| 3/23/2012 | 000021 | Cash Receipt | Clark's Feed Mills Inc. | 6,024.14 |
| 6/1/2012 | 000027 | Cash Receipt | Clark's Feed Mills Inc. | 9,598.94 |
| 7/24/2012 | 000033 | Cash Receipt | Clark's Feed Mills Inc. | 3,854.92 |
| 9/18/2012 | 000042 | Cash Receipt | Clark's Feed Mills Inc. | 7,354.53 |
| 9/18/2012 | 000044 | Cash Receipt | Nathan Shertzler | 450.00 |
| 11/23/2012 | 000062 | Cash Receipt | Nathan Shertzler | 250.00 |
| 11/23/2012 | 000066 | Cash Receipt | Clark's Feed Mills Inc. | 5,564.51 |
| | | | **Chicken income Totals** | **$41,831.76** |

**Chicken income**

| | | | | |
|---|---|---|---|---:|
| 1/17/2013 | 000091 | Cash Receipt | Clark's Feed Mills Inc. | 7,366.56 |
| 2/4/2013 | 000096 | Cash Receipt | Nathan Shertzler | 300.00 |
| 3/20/2013 | 000110 | Cash Receipt | Clark's Feed Mills Inc. | 6,744.83 |
| 5/29/2013 | 000120 | Cash Receipt | Ruth Shertzler | 250.00 |
| 5/29/2013 | 000121 | Cash Receipt | Clark's Feed Mills Inc. | 7,548.66 |
| 8/13/2013 | 000134 | Cash Receipt | Clark's Feed Mills Inc. | 6,202.85 |
| 8/13/2013 | 000136 | Cash Receipt | Nathan Shertzler | 250.00 |
| 9/24/2013 | 000145 | Cash Receipt | Clark's Feed Mills Inc. | 6,634.74 |

| | | | | |
|---|---|---|---|---:|
| 11/11/2013 | 000152 | Cash Receipt | Nathan Shertzler | 250.00 |
| 11/12/2013 | 000159 | Cash Receipt | Benjamin H Shertzer | 250.00 |
| 11/20/2013 | 000162 | Cash Receipt | Clark's Feed Mills Inc. | 8,031.06 |
| | | | **Chicken income Totals** | **$43,828.70** |

*See* Exhibits I, J, and K.

- As discussed above, there was Snyder Gates.  By having Liberty Ridge residents perform its work, Snyder Gates did not have to hire employees.  *See* Exhibit E, p. 33. After the gates were finished, Snyder would pick up its gates from Liberty Ridge and sell them.  *See* Exhibit E, p. 63. Liberty Ridge was paid a fee by Snyder Gates for the boys' labor in assembling the gates.  *See* Exhibit E, p. 63-64.

For example, in 2012 Liberty Ridge received $8,124.70 for "Gate assembly" and $3,597.75 for "Gates Sold LRF," and in 2013 Liberty Ridge received $4,679.50 for "Gate assembly" and $388.00 for "Gates Sold LRF" (see below).

**Gate assembly**

| | | | | |
|---|---|---|---|---:|
| 1/24/2012 | 000018 | Cash Receipt | Snyder Gates llc | 440.70 |
| 3/23/2012 | 000022 | Cash Receipt | Snyder Gates llc | 764.00 |
| 5/7/2012 | 000024 | Cash Receipt | Snyder Gates llc | 2,337.00 |
| 6/1/2012 | 000026 | Cash Receipt | Snyder Gates llc | 1,585.00 |
| 7/24/2012 | 000032 | Cash Receipt | Snyder Gates llc | 312.00 |
| 9/30/2012 | 000047 | Cash Receipt | Snyder Gates llc | 762.00 |
| 11/23/2012 | 000064 | Cash Receipt | Snyder Gates llc | 1,513.00 |
| 12/31/2012 | 000082 | Cash Receipt | Snyder Gates llc | 411.00 |
| | | | **Gate assembly Totals** | **$8,124.70** |

**Gates Sold LRF**

| | | | | |
|---|---|---|---|---:|
| 5/7/2012 | 000025 | Cash Receipt | LRF Gate Sales | 290.00 |
| 6/1/2012 | 000028 | Cash Receipt | LRF Gate Sales | 117.75 |
| 7/24/2012 | 000030 | Cash Receipt | Nel-Ray Farms | 1,885.00 |
| 7/31/2012 | 000035 | Cash Receipt | LRF Gate Sales | 750.00 |
| 12/14/2012 | 000071 | Cash Receipt | Winding Hill Express | 555.00 |
| | | | **Gates Sold LRF Totals** | **$3,597.75** |

**Gate assembly**

| | | | | |
|---|---|---|---|---:|
| 1/17/2013 | 000089 | Cash Receipt | Snyder Gates llc | 915.00 |
| 2/18/2013 | 000100 | Cash Receipt | Snyder Gates llc | 360.00 |
| 4/9/2013 | 000116 | Cash Receipt | Snyder Gates llc | 956.00 |
| 7/1/2013 | 000127 | Cash Receipt | Snyder Gates llc | 1,367.50 |
| 11/11/2013 | 000157 | Cash Receipt | Snyder Gates llc | 1,081.00 |
| | | | **Gate assembly Totals** | **$4,679.50** |

**Gates Sold LRF**

| | | | | |
|---|---|---|---|---:|
| 4/25/2013 | 000118 | Cash Receipt | Snyder Gates llc | 30.00 |
| 8/13/2013 | 000135 | Cash Receipt | Chris Ebersole | 358.00 |
| | | | **Gates Sold LRF Totals** | **$388.00** |

*See* Exhibits J and K.

- Sensenig Chair Shop was another business that operated out of Liberty Ridge.  Boys helped fell and drag trees from Liberty Ridge's woodland.  Boys cut trees to length, and then split the trees for firewood.  *See* Exhibit E, p. 102-03.  Some firewood was used to heat the Liberty Ridge home.  But Sensenig Chair Shop also sold firewood cut by the children that was not used on the Liberty Ridge property.  *See* Exhibit E,

p. 68.  Sensenig Chair Shop paid Liberty Ridge for the timber processed by the boys.  *See* Exhibit E, p. 68.

For example, in 2012 and 2013, Liberty Ridge received $2,065.00 and $5,590.00, respectively, in "Fire wood income":

**Fire wood income**

| | | | | |
|---|---|---|---|---|
| 11/13/2012 | 000059 | Cash Receipt | Sensenig Chair Shop | 360.00 |
| 11/13/2012 | 000060 | Cash Receipt | Sensenig Chair Shop | 60.00 |
| 11/23/2012 | 000061 | Cash Receipt | Nel-Ray Farms | 140.00 |
| 12/14/2012 | 000067 | Cash Receipt | Sensenig Chair Shop | 240.00 |
| 12/14/2012 | 000068 | Cash Receipt | Sensenig Chair Shop | 120.00 |
| 12/14/2012 | 000069 | Cash Receipt | Sensenig Chair Shop | 240.00 |
| 12/14/2012 | 000070 | Cash Receipt | Nel-Ray Farms | 65.00 |
| 12/14/2012 | 000072 | Cash Receipt | Sensenig Chair Shop | 60.00 |
| 12/14/2012 | 000077 | Cash Receipt | Sensenig Chair Shop | 120.00 |
| 12/31/2012 | 000080 | Cash Receipt | Sensenig Chair Shop | 300.00 |
| 12/31/2012 | 000081 | Cash Receipt | Oak Ridge Farm & Garden | 360.00 |
| | | | **Fire wood income Totals** | **$2,065.00** |

**Fire wood income**

| | | | | |
|---|---|---|---|---|
| 1/3/2013 | 000084 | Cash Receipt | Sensenig Chair Shop | 120.00 |
| 1/17/2013 | 000093 | Cash Receipt | Sensenig Chair Shop | 120.00 |
| 1/17/2013 | 000094 | Cash Receipt | Nel-Ray Farms | 70.00 |
| 2/18/2013 | 000099 | Cash Receipt | Oak Ridge Farm & Garden | 780.00 |
| 2/18/2013 | 000102 | Cash Receipt | Sensenig Chair Shop | 290.00 |
| 3/11/2013 | 000106 | Cash Receipt | Sensenig Chair Shop | 120.00 |
| 3/20/2013 | 000107 | Cash Receipt | Sensenig Chair Shop | 60.00 |
| 4/5/2013 | 000111 | Cash Receipt | Sensenig Chair Shop | 300.00 |
| 4/15/2013 | 000117 | Cash Receipt | Marvin L Graham | 425.00 |
| 4/25/2013 | 000119 | Cash Receipt | Sensenig Chair Shop | 60.00 |
| 7/1/2013 | 000125 | Cash Receipt | Oak Ridge Farm & Garden | 180.00 |
| 8/13/2013 | 000137 | Cash Receipt | Sensenig Chair Shop | 65.00 |
| 9/24/2013 | 000146 | Cash Receipt | Sensenig Chair Shop | 130.00 |
| 9/24/2013 | 000147 | Cash Receipt | Glen Gehman | 350.00 |
| 11/11/2013 | 000150 | Cash Receipt | Sensenig Chair Shop | 65.00 |
| 11/11/2013 | 000151 | Cash Receipt | Sensenig Chair Shop | 130.00 |
| 11/11/2013 | 000153 | Cash Receipt | Galen High | 560.00 |
| 11/11/2013 | 000154 | Cash Receipt | Nel-Ray Farms | 400.00 |
| 11/12/2013 | 000160 | Cash Receipt | Sensenig Chair Shop | 390.00 |
| 12/2/2013 | 000169 | Cash Receipt | Sensenig Chair Shop | 520.00 |
| 12/5/2013 | 000173 | Cash Receipt | Sensenig Chair Shop | 130.00 |
| 12/20/2013 | 000177 | Cash Receipt | Sensenig Chair Shop | 130.00 |
| 12/20/2013 | 000179 | Cash Receipt | Sensenig Chair Shop | 130.00 |
| 12/30/2013 | 000184 | Cash Receipt | Sensenig Chair Shop | 65.00 |
| | | | **Fire wood income Totals** | **$5,590.00** |

*See* Exhibits J and K.

- Jones Lumber was another lumber processing business within the Mennonite community that benefited from Liberty Ridge residents' free labor.  *See* Exhibit E, p. 81.  Unlike the other businesses, Liberty Ridge staff transported residents to Jones Lumber's property to work.  *See* Exhibit E, p. 73.  The boys would handle

and sort the lumber.  *See* Exhibit E, p. 74.  Jones Lumber then paid Liberty Ridge for the work performed by the boys.  *See* Exhibit E, p. 74.  Another time, the boys disassembled a 50 by 80-foot pole barn located at Jones Lumber, including smashing concrete.  *See* Exhibit M, p. 86-87.  The disassembled barn was transported to Liberty Ridge where the children had to put it back together.  *See* Exhibit M, p. 87.  The boys were not paid for the work at Jones Lumber.  *See* Exhibit M, p. 86.

- Throughout the years, Liberty Ridge accounted for "Other Income" in 2011, 2012, and 2013 in the amounts of $200.00, $278.59, and $2,311.18, respectively.

**Other Income**

| | | | | |
|---|---|---|---|---|
| 11/10/2011 | 000014 | Cash Receipt | Tim Varner | 200.00 |
| | | | **Other Income Totals** | **$200.00** |

**Other Income**

| | | | | |
|---|---|---|---|---|
| 7/24/2012 | 000031 | Cash Receipt | CCD Scrap Yard | 78.59 |
| 9/30/2012 | 000048 | Cash Receipt | Snyder Gates llc | 200.00 |
| | | | **Other Income Totals** | **$278.59** |

**Other Income**

| | | | | |
|---|---|---|---|---|
| 3/20/2013 | 000109 | Cash Receipt | Frederick Wadel | 145.00 |
| 7/1/2013 | 000124 | Cash Receipt | Cash Sales | 80.00 |
| 7/1/2013 | 000126 | Cash Receipt | Greble Scrap | 299.30 |
| 7/1/2013 | 000128 | Cash Receipt | Goods Livestock | 658.36 |
| 7/1/2013 | 000132 | Cash Receipt | CCD Scrap Yard | 116.27 |
| 8/13/2013 | 000138 | Cash Receipt | Cash Sales | 12.25 |
| 12/4/2013 | 000171 | Cash Receipt | LRF New checking acc. ENB | 1,000.00 |
| | | | **Other Income Totals** | **$2,311.18** |

*See* Exhibits I, J, and K.

84.     As stated above, funds paid to Liberty Ridge for the boys' labor did not go towards the cost of the land, as that was paid for by the Mennonite community.  As reflected in the records, by way of example, in 2011 Liberty Ridge received $25,473.50 in donations from "MM Mission":

**MM Mission**

| | | | | |
|---|---|---|---|---|
| 1/25/2011 | 000001 | Cash Receipt | Mennonite Messianic Mission | 2,500.00 |
| 2/26/2011 | 000002 | Cash Receipt | Mennonite Messianic Mission | 3,500.00 |
| 5/12/2011 | 000005 | Cash Receipt | Mennonite Messianic Mission | 2,855.50 |
| 7/19/2011 | 000007 | Cash Receipt | Mennonite Messianic Mission | 5,618.00 |
| 10/31/2011 | 000011 | Cash Receipt | Mennonite Messianic Mission | 5,000.00 |
| 11/10/2011 | 000013 | Cash Receipt | Mennonite Messianic Mission | 6,000.00 |
| | | | **MM Mission Totals** | **$25,473.50** |

*See* Exhibit I.  In 2012, Liberty Ridge received $1,000.00 in "Donations for farm" and $15,494.45 in "EPMC Offerings" from the Mennonite community:

**Donations for farm**

| | | | | |
|---|---|---|---|---|
| 12/14/2012 | 000076 | Cash Receipt | Leon W Hurst | 1,000.00 |
| | | | **Donations for farm Totals** | **$1,000.00** |

**EPMC Offerings**

| | | | | |
|---|---|---|---|---:|
| 7/24/2012 | 000029 | Cash Receipt | Honey Brook Church | 4,101.12 |
| 8/8/2012 | 000038 | Cash Receipt | Waterloo Church | 2,158.50 |
| 9/30/2012 | 000050 | Cash Receipt | Little Falls School | 261.01 |
| 10/15/2012 | 000054 | Cash Receipt | Mechanicsville Mennonite Church | 2,494.05 |
| 11/13/2012 | 000055 | Cash Receipt | New England Valley Church | 979.92 |
| 11/13/2012 | 000056 | Cash Receipt | Centerville Menonite Church | 5,499.85 |
| | | | **EPMC Offerings Totals** | **$15,494.45** |

*See* Exhibit J.  In 2013, Liberty Ridge received $23,447.65 in "Donations for farm" and $19,709.39 in "EPMC Offerings" from the Mennonite community:

**Donations for farm**

| | | | | |
|---|---|---|---|---:|
| 1/3/2013 | 000085 | Cash Receipt | Tim Varner | 200.00 |
| 1/3/2013 | 000086 | Cash Receipt | Chris Ebersole | 100.00 |
| 1/3/2013 | 000087 | Cash Receipt | Kenton R Kreider | 178.50 |
| 2/4/2013 | 000097 | Cash Receipt | Mennonite Messianic Mission | 15,000.00 |
| 3/11/2013 | 000105 | Cash Receipt | Debra Martise | 200.00 |
| 11/11/2013 | 000149 | Cash Receipt | Paul M Freed | 169.15 |
| 11/12/2013 | 000158 | Cash Receipt | Robert E Eshleman | 2,000.00 |
| 11/12/2013 | 000161 | Cash Receipt | Donation | 200.00 |
| 12/5/2013 | 000174 | Cash Receipt | Myerstown Sheds & Fencing | 5,000.00 |
| 12/20/2013 | 000178 | Cash Receipt | Elva K Martin | 400.00 |
| | | | **Donations for farm Totals** | **$23,447.65** |

**EPMC Offerings**

| | | | | |
|---|---|---|---|---:|
| 1/3/2013 | 000088 | Cash Receipt | Wolcott Mennonite Church | 1,256.56 |
| 3/11/2013 | 000104 | Cash Receipt | Mountain View Church | 2,545.68 |
| 4/5/2013 | 000112 | Cash Receipt | Richland Mennonite Church | 4,539.69 |
| 4/5/2013 | 000113 | Cash Receipt | Conococheague Mennonite Church | 2,621.24 |
| 4/9/2013 | 000114 | Cash Receipt | Maple River Church | 914.76 |
| 4/9/2013 | 000115 | Cash Receipt | Richland Mennonite Church | 500.00 |
| 5/29/2013 | 000123 | Cash Receipt | Denver Mennonite Church | 3,453.06 |
| 9/24/2013 | 000143 | Cash Receipt | Honey Brook Church | 2,850.42 |
| 9/24/2013 | 000148 | Cash Receipt | Little Falls School | 1,027.98 |
| | | | **EPMC Offerings Totals** | **$19,709.39** |

*See* Exhibit K.

85.     Also, operating costs were covered by the boys' parents.  And it certainly did not go to the boys to pay them for their work.  For example, 2011, 2013, and 2013, Liberty Ridge received $1,700.00, $25,800.00, and $42,871.90, respectively, in "Resident Contributions":

**Resident Contributions**

| | | | | |
|---|---|---|---|---:|
| 12/6/2011 | 000001 | AR Invoice | Bill Cross | 1,700.00 |
| | | | **Resident Contributions Totals** | **$1,700.00** |

**Resident Contributions**

| Date | Number | Type | Payee | Amount |
|---|---|---|---|---|
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | 1,700.00 |
| 5/7/2012 | 000023 | Cash Receipt | Bill Cross | 3,400.00 |
| 7/27/2012 | 000034 | Cash Receipt | Bill Cross | 3,400.00 |
| 8/8/2012 | 000037 | Cash Receipt | ████████ | 1,700.00 |
| 9/4/2012 | 000040 | Cash Receipt | Bill Cross | 1,700.00 |
| 9/4/2012 | 000041 | Cash Receipt | Allen Miller | 1,000.00 |
| 9/18/2012 | 000043 | Cash Receipt | ████████ | 1,700.00 |
| 9/24/2012 | 000045 | Cash Receipt | Allen Miller | 1,000.00 |
| 10/15/2012 | 000051 | Cash Receipt | ████████ | 700.00 |
| 10/15/2012 | 000052 | Cash Receipt | Allen Miller | 1,000.00 |
| 10/15/2012 | 000053 | Cash Receipt | Clearview Mennonite Church | 1,700.00 |
| 11/13/2012 | 000058 | Cash Receipt | Bill Cross | 1,700.00 |
| 11/23/2012 | 000063 | Cash Receipt | Allen Miller | 1,000.00 |
| 12/14/2012 | 000073 | Cash Receipt | ████████ | 675.00 |
| 12/14/2012 | 000074 | Cash Receipt | ████████ | 25.00 |
| 12/14/2012 | 000078 | Cash Receipt | Allen Miller | 1,000.00 |
| 12/31/2012 | 000083 | Cash Receipt | ████████ | 700.00 |
| | | | **Resident Contributions Totals** | **$24,100.00** |
| | | | | |
| 2/2/2012 | 000019 | Cash Receipt | Bill Cross | 1,700.00 |
| | | | **Residents contributions Totals** | **$1,700.00** |

**Resident Contributions**

| Date | Number | Type | Payee | Amount |
|---|---|---|---|---|
| 1/17/2013 | 000090 | Cash Receipt | Bill Cross | 3,400.00 |
| 2/4/2013 | 000095 | Cash Receipt | Allen Miller | 1,000.00 |
| 2/18/2013 | 000098 | Cash Receipt | Bill Cross | 3,400.00 |
| 2/18/2013 | 000101 | Cash Receipt | Allen Miller | 1,000.00 |
| 2/18/2013 | 000103 | Cash Receipt | ████████ | 1,235.06 |
| 3/20/2013 | 000108 | Cash Receipt | Allen Miller | 1,000.00 |
| 5/29/2013 | 000122 | Cash Receipt | ████████ | 986.94 |
| 7/1/2013 | 000131 | Cash Receipt | ████████ | 3,400.00 |
| 7/1/2013 | 000133 | Cash Receipt | ████████ | 1,549.90 |
| 8/13/2013 | 000139 | Cash Receipt | ████████ | 1,700.00 |
| 8/29/2013 | 000140 | Cash Receipt | ████████ | 1,700.00 |
| 8/29/2013 | 000141 | Cash Receipt | Bill Cross | 1,700.00 |
| 9/24/2013 | 000142 | Cash Receipt | Blue Rock Mennonite Church | 1,700.00 |
| 9/24/2013 | 000144 | Cash Receipt | ████████ | 1,700.00 |
| 11/11/2013 | 000155 | Cash Receipt | Blue Rock Mennonite Church | 1,700.00 |
| 11/11/2013 | 000156 | Cash Receipt | ████████ | 1,700.00 |
| 11/21/2013 | 000165 | Cash Receipt | ████████ | 1,700.00 |
| 12/2/2013 | 000170 | Cash Receipt | Gospel Light Chapel | 5,500.00 |
| 12/20/2013 | 000176 | Cash Receipt | Blue Rock Mennonite Church | 1,700.00 |
| 12/30/2013 | 000182 | Cash Receipt | ████████ | 3,400.00 |
| 12/30/2013 | 000183 | Cash Receipt | Blue Rock Mennonite Church | 1,700.00 |
| | | | **Resident Contributions Totals** | **$42,871.90** |

*See* Exhibits I, J, and K.

86.     Liberty Ridge residents, including Plaintiffs, never got a dime for their labor. *See* Exhibit M, p. 37.

87.     The boys were even taken off site to perform work for members of Liberty Ridge and the Mission.  This included deconstructing a barn so that Ethan Weaver could recover stone he wanted for a Liberty Ridge project.  *See* Exhibit A, p. 57.  Another time, they were taken to Nelson Martin's property in Myerstown to blow insulation into a building.  *See* Exhibit M, p. 88.  D.C. was not paid for this work either.  *See* Exhibit M, p. 88.

### h.  Plaintiff D.C.'s experience at Liberty Ridge.

88.     At age 5, due to his birth parents' ongoing drug use and physical abuse, D.C. and four of his siblings were adopted by a Mennonite family.  *See* Exhibit M, p. 15; s*ee also* Exhibit N, p. 1.  D.C.'s adoptive family already had five biological children.  *See* Exhibit N, p. 1.

89.     Throughout his childhood, D.C. was sexually abused several times by adults within the Mennonite community, including a babysitter and a teacher.  *See* Exhibit N, p. 6.  When he reported the abuse by his babysitter to his parents, he was told "we'll pray to got about it.  That God will forgive [his abuser]."  *See* Exhibit N, p. 6.  When D.C. reported the abuse by his teacher to the church leaders, they "told me to pray to God to forgive [his abuser]."  *See* Exhibit N, p. 6.

90.     D.C. had a history of mental health issues prior to Liberty Ridge.  This included childhood sexual trauma, developmental disabilities, anxiety, depression, post-traumatic stress disorder, mood disorder, personality disorder, suspected bipolar disorder, and reactive attachment disorder.  *See* Exhibit N, p. 10; s*ee also* Exhibit O, p. 2, 3, 4; *see also* Exhibit P, p. 1; s*ee also* Exhibit Q, p. 1.

91.     About 6 months before D.C.'s time at Liberty Ridge, D.C. was sent to live with his adoptive aunt and uncle.  *See* Exhibit M, p. 23-24, 26.  D.C. remembers one Sunday his aunt and uncle kept him home after church.  *See* Exhibit M, p. 27.  They brought Ethan Weaver over for dinner.  *See* Exhibit M, p. 23-24.  Weaver told D.C. about the Liberty Ridge "program" and said,

"wouldn't it be fun to go to this place?"  *See* Exhibit M, p. 24.  "I was young, obviously, so I agreed" said D.C.  *See* Exhibit M, p. 24.

92.    About a month later, D.C. was living at Liberty Ridge.  *See* Exhibit M, p. 24.

93.    D.C. was the first resident at Liberty Ridge.  *See* Exhibit A, p. 40-41.  D.C. arrived in 2011, when he was 14, and left in 2014, when he was 17.

94.    That D.C. was the first resident was tragic.  The Liberty Ridge committee knew they "didn't feel like we could handle very, very difficult mental cases because we weren't set up or it."  *See* Exhibit G, p. 25.  Unfortunately, D.C. suffered from his mental health issues that were only exacerbated at Liberty Ridge.

95.    Before going to Liberty Ridge, D.C. saw a psychiatrist and was on medication for his mental health.  *See* Exhibit M, p. 47, 81.

96.    While at Liberty Ridge, after Nelson Martin noticed D.C. would fall asleep due to his medication, Ethan Weaver discontinued his prescription.  *See* Exhibit M, p. 85.

97.    Liberty Ridge handled D.C. poorly, at best.  Even though D.C. had ongoing mental health crises, they never took D.C. to a hospital, a crisis center, or called the police.  *See* Exhibit M, p. 102.

98.    Despite D.C.'s obvious medical struggles, D.C. was only taken to a doctor "one time" in the years that he was at Liberty Ridge.  *See* Exhibit G, p. 44.

99.    D.C. was isolated from his family and support system.  Over the years that D.C. was at Liberty Ridge, D.C.'s adoptive parents visited no more than four times.  *See* Exhibit M, p. 33.

100.    D.C. was only allowed to call his parents on the phone twice.  *See* Exhibit M, p. 34.

101.    D.C. tried to write letters to his parents while he was at Liberty Ridge.  *See* Exhibit M, p. 34.  Through discovery in this case, D.C. found out Liberty Ridge never sent a Mother's Day letter to D.C. wrote his mom.  *See* Exhibit M, p. 34, 104, 121.  "[O]bviously they monitored the letters if they kept my mail from going out."  *See* Exhibit M, p. 105.

102.    In 2013, D.C. attempted suicide by hanging at Liberty Ridge.  *See* Exhibit N, p. 3, 4; *see also* Exhibit O, p. 3, 4; *see also* Exhibit P, p. 1, 3.  Liberty Ridge never called law enforcement, nor took D.C. to a hospital, called any other crisis center, or sought additional immediate mental health treatment.  *See* Exhibit M, p. 102.  Even after attempting suicide, D.C. remained at Liberty Ridge.

103.    D.C. also attempted to run away from Liberty Ridge on two separate occasions. *See* Exhibit N, p. 7.

104.    The first time, D.C. "walked off the property, and I told them that I was going to go out to the neighbors and tell them was they were doing to us there, 'cause it was a - - like, nobody else around the town really knew what the place was and what was going on behind closed doors."  *See* Exhibit M, p. 92.

105.    Liberty Ridge staff brought him back and told him that if he tried to run away again, the police would bring him back.  *See* Exhibit M, p. 92.  Then, the mentors sat down and discussed D.C.'s punishment for trying to leave.  *See* Exhibit M, p. 92.  After that, "they showed me where I had to dig."  *See* Exhibit M, p. 92.

106.    D.C. spent two days digging a French drain due to trying to leave Liberty Ridge. *See* Exhibit M, p. 41, 91-92, 95. "Digging the French drain was probably the most traumatic to me because they made me stay out all night and dig for hours on end."  *See* Exhibit M, p. 90.

107.    D.C. explained:

> [O]n the backside of a house where they housed the house parents, where Ethan
> [Weaver] and Ruby lived.  There was a pipe that came out the back for the washing
> machine and where the water would drain off. So instead of having the water drain
> around the house, there was a hole - - I can't recall exactly how deep it was, but at
> the beginning of the hole, it was fairly deep, and then there was a narrow - - and
> they took stones and then there was a narrow trench that went around the side of
> the property where they had a hole that was very, very deep that I had to dig.  And
> that's where the water would drain off into.

*See* Exhibit M, p. 93 (*paragraph breaks omitted*).  Where the trench began, it was at least up to

D.C.'s waist.  *See* Exhibit M, p. 94.  By the end of the trench, it was a couple feet deep, "more than

I could crawl up out of by myself."  *See* Exhibit M, p. 95.

108.    After the first day of digging, D.C. told them, "I'm not going to dig.  Look.  I'm

not going to do this.  So you cannot make me do this."  *See* Exhibit M, p. 91.

109.    Because D.C. refused to work, they started "adding the consequences on to the

point where that I had to go to sleep, you know, and then when I woke up, they would make me

go back and dig some more."  *See* Exhibit M, p. 91.

110.    If D.C. fell asleep while digging, "[t]hey would just wake me up and tell me I had

to keep digging or add time on."  *See* Exhibit M, p. 95.  "And I remember, while I was digging, I

ended up falling asleep while I was standing in the hole trying to dig."  *See* Exhibit M, p. 92.

111.    D.C. was only brought a sandwich and one cup of water two times while digging

the French drain over two days.  *See* Exhibit M, p. 90, 96.

112.    Another time, D.C. "stuck up for" another child who was forced to run in front of

a truck as a consequence.  *See* Exhibit M, p. 89, 111.  D.C. "thought it wasn't right how they

were treating him," so they gave D.C. and the other child a consequence.  *See* Exhibit M, p. 90.

D.C. and the child were made to use a 2-handed saw to cut chunks of wood off a log *See* Exhibit

M, p. 90.

113.    During the consequence, D.C. talked to the boy about leaving Liberty Ridge.  *See* Exhibit M, p. 90.  For talking about leaving Liberty Ridge, D.C. was issued anotherconsequence.  *See* Exhibit M, p. 90.  "They made me dig a tree stump out.  And then I had to write - - write a bunch of sentences."  *See* Exhibit M, p. 90.  D.C. had to write about 600 lines of Bible verses, and things like "I will behave at all the times and listen to my mentors."  *See* Exhibit M, p. 90.

114.    The second time D.C. tried to leave, D.C. was moved out to Nelson Martin's house.  *See* Exhibit M, p. 55.  D.C. was sent to work on Nelson Martin's farm for about a month or two.  *See* Exhibit M, p. 56, 59.

115.    D.C. does not think his parents knew that he had been removed from Liberty Ridge.  *See* Exhibit M, p. 60.  D.C. could not contact his parents during this time because he did not have access to a phone.  *See* Exhibit M, p. 60.

116.    Other consequences D.C. suffered including the overnight digging of post holes, a stump, and digging into the side of a hill.  *See* Exhibit M, p. 97.

117.    Another consequence was crushing larger stones into smaller stones by hand "if we disobeyed."  *See* Exhibit M, p. 40-41.  The crushed stones were then filled into a five-gallon bucket through a quarter sized hole in the top.  *See* Exhibit M, p. 40-41.

118.    "And refusal of any of that just added more time onto that.  Like, let's say, if I refused and just kept misbehaving during crushing stones for the bucket, they would add buckets on."  *See* Exhibit M, p. 41.

119.    Liberty Ridge knew D.C. was too much to handle: "it's certainly in the back of our minds that this is possible."  *See* Exhibit G, p. 69.

120.    Liberty Ridge never brought a child, D.C. or otherwise, to a hospital or a crisis center for their mental health or suicidal ideations.  *See* Exhibit G, p. 72.  Instead, Liberty Ridge

staff would just contact the board, "and we would go into - - sit down with them.  Talk it over. Work through it."  *See* Exhibit G, p. 72.

121.     R.M. witnessed the Liberty Ridge staff provoking D.C. into having a mental health crisis.  R.M. testified de-escalation was "definitely not used" with D.C. To the contrary, it was "an escalation through words" and "they knew obviously he was weak-minded."  *See* Exhibit L, p. 76.  "You could kind of tell when [D.C.] had his good days."  *See* Exhibit L, p. 63.

122.     The "whole idea" at Liberty Ridge was "to work out rebellion, you gotta bring it to the surface."  *See* Exhibit L, p. 64.  The Liberty Ridge staff would "push [D.C.'s] buttons" to "get him to react."  *See* Exhibit L, p. 63.  Once D.C. would react, "then it was hands - - you know, let's go hands-on with the guy."  *See* Exhibit L, p. 63.

123.     For example, "[T]hey would sit there and start talking to [D.C], you know, like as far as their beliefs, for example."  *See* Exhibit L, p. 64.  "If they had a belief, a conversation on, you know, beliefs or something like that, they would push their side of thinking; and that would just irritate him to the point where he was - - he would get violent, you know, because he wasn't thinking rationally, and then it would go from there, you know."  *See* Exhibit L, p. 64.

124.     When asked if Liberty Ridge ever took D.C. to the hospital or to a crisis center when he was in mental health distress, R.M. answered definitely, "No, absolutely not.  They didn't even get emergency services there for any of that."  *See* Exhibit L, p. 71.

125.     D.C. remembers being physically restrained at least two times while at Liberty Ridge. *See* Exhibit M, p. 98.  "[O] time they had zip tied my feet and held my hands behind my back or they had zip tied my hands and held - - and they - - and bent my feet forward and sat on top of them so I couldn't move and just kept me out there like that for a couple hours." *See* Exhibit M, p. 98.

126.    This was for refusing to do the work consequence that he was told to do.  *See* Exhibit M, p. 99.

127.    He was outside digging a stump.  *See* Exhibit M, p. 100.  D.C. tried to stop performing the consequence by walking away.  *See* Exhibit M, p. 99.  They told D.C. that he was not allowed to get out of doing his consequence.  *See* Exhibit M, p. 99.  Then, he remembers they "gripped me up and then I tried to, like - -  was struggling, and then they put me on the ground face down and restrained me." *See* Exhibit M, p. 99.

128.    His wrists were tied, and he remained tied up, face down on the stones on the ground, for a couple hours.  *See* Exhibit M, p. 100.  He remained that way so long that his hands went numb.  *See* Exhibit M, p. 101.  He was finally released in the middle of the night.  *See* Exhibit M, p. 101.

129.    "And then another time, they just put my hands behind my back and made me lay face down on the ground."  *See* Exhibit M, p. 98.  This happened when D.C. was digging the French drain.  *See* Exhibit M, p. 101.

130.    While he was digging, D.C. remembers Ethan Weaver coming towards him and he was afraid.  *See* Exhibit M, p. 45.  D.C. swung the digging iron at Ethan; he was put on the ground and held there for over an hour.  *See* Exhibit M, p. 45, 101-02.  When they finally released him, he had to continue digging.  *See* Exhibit M, p. 102.

131.    Soon after leaving Liberty Ridge at age 18, D.C. began consuming alcohol, crack, and marijuana because "it helps with his mental health issues."  *See* Exhibit N, p., 2, 4, 5.  Soon thereafter, D.C. began using methamphetamines and K2 as well.  *See* Exhibit N, p. 2, 5.

132.    D.C. has only been able to hold several odd jobs here for a few months at a time since becoming an adult.

133.    The majority of his adult life, however, has been spent in and out of prison and homelessness.  *See* Exhibit M, p. 3-4, 8, 10.

134.    D.C. explains that the only thing that Liberty Ridge prepared him for was being institutionalized.  Since turning 18 in 2014, soon after leaving Liberty Ridge, D.C. has been arrested on 6 parole violations and another 8 times for other reasons.  *See* Exhibit M, p. 8.

135.    A psychiatrist has written D.C. "has difficulty with authority figures, who repeat the cycle of punishment and resentment stemming from his childhood."  *See* Exhibit N, p. 9. The psychiatrist explained that "[D.C] has a significant mood disorder which results in anger, and chronic substance problems.  Each of these problems worsens the other.  While the effects of trauma and poor attachment have impacted [D.C.'s] mental health problems, it cannot be ruled out that at least some of his deficits are secondary to the neurodevelopmental effects of substances in utero, given that his biological mother is a chronic drug and alcohol user."  *See* Exhibit M, p. 9.

136.    D.C. now only has a sixth or seventh grade education.  *See* Exhibit M, p. 21-22. D.C. has never been able to hold a job for any extended period.  *See* Exhibit M, p. 112.

137.    The only jobs D.C. was able to perform after Liberty Ridge were those with "basic" unskilled labor.  *See* Exhibit M, p. 58-59, 112.  For example, D.C. temporarily held some jobs where he cut sheet metal, washed mats that came off bakery lines, stood on a factory line to look out for defects, packaging steaks, and packaging and palletizing glass.  *See* Exhibit M, p. 75-76, 78.  It "didn't take a genius to figure it out."  *See* Exhibit M, p. 75.

138.    "[U]nfortunately, Liberty Ridge destroyed me as an adult."  *See* Exhibit M, p. 112.

    **i.  Plaintiff R.M.'s experience at Liberty Ridge**

139.    R.M. was also adopted by a Mennonite family when he was about 5 years old.  *See* Exhibit L, p. 9.

140.    R.M. had developmental disabilities.  *See* Exhibit L, p. 56.  R.M.'s birth mother drank alcohol during her pregnancy.  *See* Exhibit L, p. 56.  He was malnourished due to his birth parents failing to feed him.  R.M. was labeled as "failure to thrive."  *See* Exhibit L, p. 56.  R.M. also believes he was shaken as a baby.  *See* Exhibit L, p. 56.

141.    Soon after R.M. was adopted, when he was about 5 or 6 years old, R.M. was sexually abused by the older biological son of his adoptive parents, who was about 17 or 18 years old.  *See* Exhibit L, p. 56.  R.M. told his adoptive parents, but instead of helping him, they punished R.M. for it.  *See* Exhibit L, p. 56.

142.    Several years later, R.M.'s adoptive parents sent him away because he "wasn't building a good relationship with [his] parents, and [his] parents were at their wits' end."  *See* Exhibit L, p. 11.  This was the last time he lived with his parents.  *See* Exhibit L, p. 13.

143.    R.M. was not quite sure why he was ultimately sent away, "I wasn't bonding with families or something.  *See* Exhibit L, p. 21.  According to R.M., he only recalls that his parents believed him to be "rebellious" and that "in their eyes [I] had an attachment disorder."  *See* Exhibit L, p. 21.

144.    Throughout the rest of his childhood, due to his developmental disabilities and trauma, R.M. continued to struggle with fitting into the Mennonite culture.  *See* Exhibit L, p. 58.

145.    Being bounced around from home-to-home did not help.  *See* Exhibit L, p. 58-59. "After a while, you just kind of get the instinct or the thing - - the fight to survive instinct.  That kicks in."  *See* Exhibit L, p. 59.

146.    First, R.M. was sent to live with his adoptive grandparents in Arizona for about a year.  *See* Exhibit L, p. 11.  At about age 11, R.M. was sent to another Mennonite family in Illinois.  *See* Exhibit L, p. 10-11.  R.M. finally began feeling like he had "a shot at maybe a normal life" in Illinois.  However, he was soon made to relocate within the Mennonite community again.  *See* Exhibit L, p. 59.

147.    "I got told I was going to have to move and that just - - yeah.  That definitely was kind of quite heartbreaking.  After that, I just kind of shelled up into my own shell and, yeah, pretty much survived after that."  *See* Exhibit L, p. 59.

148.    After living with Illinois for some time, a Mennonite bishop decided that "it wasn't working out" and relocated R.M. several more times before ultimately, sending R.M. to Liberty Ridge.  *See* Exhibit L, p. 10, 12.  Before being placed at Liberty Ridge, R.M. was told he was not confirming or fitting in with the Mennonite community.  *See* Exhibit L, p. 22.

149.    The decision to send R.M. to Liberty Ridge was made by church leadership, not his parents.  *See* Exhibit L, p. 23.  Once again, R.M. was not sure why he was sent to Liberty Ridge, other than vagaries such as "to help me," to "grow with my spiritual walk," to "build better relationships, something like that.  I'm not sure exactly, but yeah."  *See* Exhibit L, p. 21.

150.    R.M. was about 15 or 16 years old when he was sent away to Liberty Ridge and remained there for about a year.  *See* Exhibit L, p. 30.

151.    When R.M. arrived at Liberty Ridge, D.C. was the only other resident.  *See* Exhibit L, p. 31.

152.    "I was quite terrified at first," said R.M.  *See* Exhibit L, p. 61.  "I was in a fight to survive instinct mode then."  *See* Exhibit L, p. 62.

153.    Due to being shuffled between so many different homes throughout his childhood, R.M. tried to figure out what would cause punishments in Liberty Ridge.  *See* Exhibit L, p. 62.  "When I realized that, that it was a super sensitive place, that's kind of where I hunkered down and survived, and I knew I was going to be there for a year.  So you play happy or play - - you know, you kind of learn to, like, mentally be okay with your surroundings while you're in there.  Another instinct mode, yes."  *See* Exhibit L, p. 62.

154.    While at Liberty Ridge, R.M. explained that there was a difference between household chores and labor.  *See* Exhibit L, p. 66.  Upon waking up in the morning, the boys would help with cleaning dishes, "stuff like that."  *See* Exhibit L, p. 66.

155.    The labor included the profitable work such as "raising chickens for the live market" and working with lumber *See* Exhibit L, p. 66.

156.    R.M. also talked about the time when he was forced to work overnight, digging postholes and stump holes, as a consequence.  *See* Exhibit L, p. 43-44.

157.    He received a consequence for talking about "sports cars."  *See* Exhibit L, p. 43.  Liberty Ridge staff felt that expressing an opinion about sports cars was R.M. "being rebellious because obviously I did not have those convictions that they had."  *See* Exhibit L, p. 43.

158.    He worked all night.  *See* Exhibit L, p. 65.  He only received one glass of water "probably three or four hours into it."  *See* Exhibit L, p. 65.  "And it wasn't digging either.  It was super rocky."  *See* Exhibit L, p. 65.

159.    In the morning, instead of allowing R.M. to sleep, they made him write "a hundred-some sentences."  *See* Exhibit L, p. 44.

160.    R.M. never received treatment or therapy while at Liberty Ridge.  *See* Exhibit L, p. 65. Nor did anyone at Liberty Ridge talk to R.M. about treatment for his traumatic history. *See* Exhibit L, p.  65.

161.    By the time that R.M. left, D.C. remained.  *See* Exhibit L, p. 48.  R.M. was not allowed to have much communication with D.C. after he left because "he was under pretty strict communication there" because "they monitored everything really closely."  *See* Exhibit L, p. 52.

**Respectfully submitted,**

Dated: February 20, 2023

*/s/ Renee E. Franchi, Esq.*
Renee E. Franchi, Esq. (PA #313950)
renee@vca.law
Nathaniel L. Foote, Esq. (PA #318998)
nate@vca.law
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing has been served upon all

Counsel of record through the Court's ECF system on this date.


Dated:  February 20, 2023                    <u>*/s/ Renee E. Franchi, Esq.*</u>
Renee E. Franchi, Esq. (PA #313950)
renee@vca.law
Nathaniel L. Foote, Esq. (PA #318998)
nate@vca.law
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
*Attorneys for Plaintiffs*