IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C. and R.M.<br><br>*Plaintiffs,*<br><br>v.<br><br>NELSON MARTIN d/b/a LIBERTY RIDGE FARM, LIBERTY RIDGE FARM, EASTERN PENNSYLVANIA MENNONITE CHURCH AND RELATED AREAS, and MENNONITE MESSIANIC MISSION OF THE EASTERN PENNSYLVANIA MENNONITE CHURCH,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 5:21-cv-05070-PAC<br><br>**STIPULATION TO AMEND THE CASE CAPTION** |

## **STIPULATION**

AND NOW, this 1st day of March, 2023, it is hereby STIPULATED AND AGREED by and between Plaintiffs, Defendants, and their respective counsel:

THAT the Eastern Pennsylvania Mennonite Church and Related Areas shall be dismissed from the instant litigation;

THAT at all relevant times Liberty Ridge as an entity was acting as agents of and/or in their capacity as agents for, and/or at the direction of the Mennonite Messianic Mission of the Eastern Pennsylvania Mennonite Church;

THAT any judgment against Liberty Ridge as an entity, shall be imputed to the Mennonite Messianic Mission of the Eastern Pennsylvania Mennonite Church;

AND THEREFORE that the case caption of the instant matter shall be the following:

*David Cross and Robert Miller*
*v.*
*Mennonite Messianic Mission of the Eastern Pennsylvania Mennonite Church*
*and*
*Nelson Martin*

1

| | |
|---|---|
| */s/ Renee E. Franchi, Esq.* | */s/ Meghan Wynkoop, Esq.* |
| Renee E. Franchi, Esq. | Meghan Wynkoop, Esq. |
| Andreozzi & Foote | Margolis Edelstein |
| Attorney for Plaintiffs | Attorney for Defendants |

SO ORDERED

/s/ PAMELA A. CARLOS

Pamela A. Carlos, USMJ