## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CROSS, et al | : | |
| SCI-SOMERSET | : | |
| INMATE #QP2109 | : | |
| DOB: 08/19/1996 | : | Case No.  21-CV-5070 |
| | : | |
| vs. | : | |
| | : | |
| LIBERTY RIDGE FARM, et al | : | |

### O R D E R

IT IS HEREBY ORDERED this 15TH day of MARCH, 2023, that the WARDEN OF SCI-SOMERSET produce before this Court the body of the above Plaintiff David Cross #QP2109 on **FRIDAY, MAY 5, 2023, AT 9:00 AM** to appear before United States Magistrate Judge Pamela A. Carlos, **FOR JURY SELECTION,** *in a courtroom to be determined*, James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia PA 19106. ***The deputy sheriffs transporting the Plaintiff, as well as the Plaintiff, himself, must be dressed in civilian clothes appropriate for court.***

BY THE COURT:

S/PAMELA A. CARLOS
PAMELA A. CARLOS
United States Magistrate Judge