# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CROSS, et al : | |
| SCI-SOMERSET : | |
| INMATE #QP2109 : | |
| DOB: 08/19/1996 : | Case No.  21-CV-5070 |
| : | |
| vs. : | |
| : | |
| LIBERTY RIDGE FARM, et al : | |

## O R D E R

IT IS HEREBY ORDERED this 15th day of MARCH, 2023, that the WARDEN OF SCI-SOMERSET produce before this Court the body of the above named plaintiff beginning on **MONDAY, MAY 8, 2023, AT 9:00 AM AND FOR THE ENTIRE DURATION OF THIS TRIAL** to appear before United States Magistrate Judge Pamela A. Carlos, in Courtroom 4A, Edward N. Cahn U.S. Courthouse & Federal Bldg., 504 W. Hamilton Street, Allentown PA 18101. *The deputy sheriffs transporting the Plaintiff, as well as the Plaintiff, himself, must be dressed in civilian clothes appropriate for court.*

BY THE COURT:

S/PAMELA A. CARLOS
PAMELA A. CARLOS
United States Magistrate Judge