IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CROSS, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| vs. | : | |
| LIBERTY RIDGE FARM, et al. | : | No. 21-5070 |
| Defendants. | : | |

### ORDER

**AND NOW,** this 21st day of March, 2023, upon consideration of Defendants' Motion for Leave to file a Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF Doc. No. 47), it is hereby **ORDERED** that said Motion is **GRANTED**. Defendants' Reply Brief (ECF Doc. No. 47-1) is hereby deemed **FILED**.

BY THE COURT:

_/s/ Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge